95cr508

**FILED**
MAR 18 2009
Mar 18. 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Mr. Michael W. Dobbins
U.S. District Court Clerk
219 South Dearborn Street
Chicago Illinois 60604

 I am requesting the following information Pursuant to Title 5, United States Code, Section 552, 552a.

 The three documents I am requesting, your office is required to maintain, in pursuant with rule 79(d) of the federal rules of Civil Procedure.

 The documents in question were filed Pre-indictment in relationship to docket #95 CR 508. I am requesting copies of the following. (1) The application for the interception of oral communications at the vienna correctional center. (applied for on May 6, 1994) by Ronald S. Safer AUSA for the Northern District of Illinois. (2) The affidavit of special agent David C. Tibbetts, filed in support of AUSA Safer's request for the May 6, interceptions. and (3) The May 6, order granting authorization to intercept the oral communications at the vienna correctional center, authorized by Chief Justice James B Moran or his designee.

(1)

The information is sought for non-commercial purposes.

If your agency denies this request in whole or in part, please specify the exemption under Title 5, United States Code, Section 552, on which the denial is based.

I look forward to receiving a response to this request within twenty (20) days, as required by statute.

Thank you for your assistance.

Respectfully submitted
Larry Hoover #86063-024
U.S. Penitentiary - ADX
P.O. Box 8500
Florence, CO 81226-8500

(2)