**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| USA | ) | Case No: 95 CR 508 - 1 |
| v. | ) | Judge: Harry D. Leinenweber |
| Larry Hoover | ) | |

**<u>ORDER</u>**

In court hearing held. Pro hac vice motion is granted [1234]. Motion for status is granted [1236]. Defendant's first step act motion [1232] is entered and briefed as follows: response by 4/10/20, reply by 5/1/20. The Court will rule by mail. The Probation Office shall disclose to the United States Attorney's Office and Defendant's counsel all documents necessary for resolution of Defendant's Motion made pursuant to the First Step Act, including but not limited to 1) presentence investigation reports; 2) judgment orders; and 3) statements of reasons. All other restrictions that normally apply to dissemination of any of these kinds of records remain in effect.

(T:00:05)

Date:  2/5/20                                                                                   /s/ Judge Harry D. Leinenweber