```
FLMK1            *       INMATE EDUCATION DATA        *      12-03-2019
PAGE 008 OF 008  *            TRANSCRIPT              *      09:23:31


REGISTER NO: 86063-024    NAME..: HOOVER              FUNC: DIS
FORMAT.....: TRANSCRIPT   RSP OF: FLM-FLORENCE ADMAX USP


------------------------------ EDUCATION COURSES ------------------------------
SUB-FACL  DESCRIPTION                  START DATE  STOP DATE  EVNT AC LV  HRS
FLM       HISTORY OF ANCIENT EGYPT -1  09-29-2004  12-21-2004  P   C  P   36
FLM       ARGUMENTATION:EFFEC. REASONING 08-19-2004 11-10-2004 P   C  P   36
FLM       AGAINST ALL ODDS             06-30-2004  09-28-2004  P   C  P   39
FLM       BLACK AMERICANS              06-10-2004  08-18-2004  P   C  P   30
FLM       DISC OF ANCIENT CIVILIZATIONS 03-18-2004 06-09-2004  P   C  P   36
FLM       WORLD RELIG-ISLAM/CHRISTIANITY 04-07-2004 06-29-2004 P   C  P   36
FLM       THE JOY OF SCIENCE - PART 3  01-08-2004  03-17-2004  P   C  P   30
FLM       HISTORY OF ANCIENT ROME-PART 2 01-14-2004 04-06-2004 P   C  P   36
FLM       INSIDE THE GLOBAL ECONOMY    10-09-2003  01-07-2004  P   C  P   39
FLM       HISTORY OF ANCIENT ROME-PART 1 10-22-2003 01-13-2004 P   C  P   36
FLM       THE JOY OF SCIENCE - PART 2  07-31-2003  10-08-2003  P   C  P   30
FLM       ART OF THE WESTERN WORLD     08-13-2003  10-21-2003  P   C  P   27
FLM       INTRO TO CONTEMPORARY MATH   05-14-2003  08-13-2003  P   C  P   39
FLM       WWII:A MILITARY & SOCIAL HIST 04-17-2003 07-30-2003  P   C  P   45


G0005     TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```

```
FLMK1              *      INMATE EDUCATION DATA      *      12-03-2019
PAGE 007           *           TRANSCRIPT            *      09:23:31


REGISTER NO: 86063-024      NAME..: HOOVER              FUNC: DIS
FORMAT.....: TRANSCRIPT     RSP OF: FLM-FLORENCE ADMAX USP


--------------------------  EDUCATION COURSES  --------------------------
SUB-FACL  DESCRIPTION                     START DATE  STOP DATE  EVNT AC LV  HRS
FLM       JAZZ - PART 1                   06-27-2007  09-04-2007  P   C  P   30
FLM       PHYSICS IN YOUR LIFE - PART 2   04-19-2007  06-20-2007  P   C  P   27
FLM       THE AMERICAN EXPERIENCE-PART 2  04-04-2007  06-26-2007  P   C  P   36
FLM       PHYSICS IN YOUR LIFE - PART 1   02-15-2007  04-18-2007  P   C  P   27
FLM       AMER. REVL. + US MEXICAN WAR    01-24-2007  04-03-2007  P   C  P   30
FLM       NATURAL LAW & HUMAN NATURE      11-23-2006  02-14-2007  P   C  P   36
FLM       ANIMALS OF THE WORLD            11-01-2006  01-23-2007  P   C  P   36
FLM       THE WORLD OF BYZANTIUM          08-31-2006  11-22-2006  P   C  P   36
FLM       THE AMERICAN EXPERIENCE PART 1  08-09-2006  10-31-2006  P   C  P   36
FLM       BIRTH OF THE MODERN MIND        04-06-2005  05-12-2005  P   W  V    9
FLM       CONQUEST OF THE AMERICAS        03-31-2005  05-12-2005  P   W  V   12
FLM       HISTORY OF ANCIENT EGYPT -2     01-12-2005  04-05-2005  P   C  P   36
FLM       ASTRONOMY-INTRO TO UNIVERSE 2   01-20-2005  03-30-2005  P   C  P   30
FLM       ASTRONOMY-INTRO TO UNIVERSE 1   11-11-2004  01-19-2005  P   C  P   30


G0002       MORE PAGES TO FOLLOW . . .
```

```
FLMK1              *       INMATE EDUCATION DATA         *     12-03-2019
PAGE 006           *            TRANSCRIPT               *     09:23:31

REGISTER NO: 86063-024    NAME..: HOOVER            FUNC: DIS
FORMAT.....: TRANSCRIPT   RSP OF: FLM-FLORENCE ADMAX USP
```

----------------------------- EDUCATION COURSES ------------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| FLM | ARCHITECTURAL WONDERS | 12-24-2008 | 02-17-2009 | P | C | P | 24 |
| FLM | HISTORY OF EUROPEAN ART PART 1 | 09-25-2008 | 12-17-2008 | P | C | P | 36 |
| FLM | AMERICAN EXPERIENCE PART 4 | 10-01-2008 | 12-23-2008 | P | C | P | 36 |
| FLM | WAR OF 1812 & LIFE OF HITLER | 07-23-2008 | 10-01-2008 | P | C | P | 30 |
| FLM | SCIENCE WARS | 07-03-2008 | 09-24-2008 | P | C | P | 36 |
| FLM | AMERICAN EXPERIENCE - PART 3 | 04-30-2008 | 07-22-2008 | P | C | P | 36 |
| FLM | THE VIKINGS - PART 2 | 05-01-2008 | 07-02-2008 | P | C | P | 27 |
| FLM | THE VIKINGS - PART 1 | 02-28-2008 | 04-30-2008 | P | C | P | 27 |
| FLM | TEN DAYS THAT CHANGED AMERICA | 02-20-2008 | 04-29-2008 | P | C | P | 30 |
| FLM | FAMOUS ROMANS | 12-06-2007 | 02-27-2008 | P | C | P | 36 |
| FLM | BIOG: EXPLORERS & EARLY AMERIC | 11-14-2007 | 02-19-2008 | P | C | P | 42 |
| FLM | FAMOUS GREEKS | 09-13-2007 | 12-05-2007 | P | C | P | 36 |
| FLM | JAZZ - PART 2 | 09-05-2007 | 11-13-2007 | P | C | P | 30 |
| FLM | A HISTORY OF IMPRESSIONISM | 06-21-2007 | 09-12-2007 | P | C | P | 36 |

G0002      MORE PAGES TO FOLLOW . . .

```
FLMK1              *       INMATE EDUCATION DATA        *       12-03-2019
PAGE 005           *             TRANSCRIPT             *       09:23:31

REGISTER NO: 86063-024    NAME..: HOOVER                    FUNC: DIS
FORMAT.....: TRANSCRIPT   RSP OF: FLM-FLORENCE ADMAX USP


------------------------------ EDUCATION COURSES ------------------------------
SUB-FACL  DESCRIPTION                   START DATE  STOP DATE  EVNT AC LV  HRS
FLM       AMERICA AT WAR - PART 1       05-26-2010  08-17-2010  P   C  P   36
FLM       BOOKS THAT MADE HISTORY 1     05-06-2010  07-07-2010  P   C  P   27
FLM       THE UNIVERSE - PART 1         03-03-2010  05-25-2010  P   C  P   36
FLM       PELOPONNESIAN WAR - PART 2    03-04-2010  05-05-2010  P   C  P   27
FLM       PELOPONNESIAN WAR - PART 1    12-31-2009  03-03-2010  P   C  P   27
FLM       BITS OF HISTORY               12-09-2009  03-02-2010  P   C  P   36
FLM       HISTORY OF SCIENCE - PART 2   10-29-2009  12-30-2009  P   C  P   27
FLM       HISTORY OF SCIENCE - PART 1   08-27-2009  10-28-2009  P   C  P   27
FLM       ENGINEERING AN EMPIRE         07-22-2009  10-13-2009  P   C  P   36
FLM       BIOLOGY & HUMAN BEHAVIOR      06-04-2009  08-26-2009  P   C  P   36
FLM       NOVA                          04-29-2009  07-21-2009  P   C  P   36
FLM       HISTORY OF NUMBERS            03-12-2009  06-03-2009  P   C  P   36
FLM       HISTORY OF WORLD WAR II       02-18-2009  04-28-2009  P   C  P   30
FLM       HISTORY OF EUROPEAN ART PART 2 12-18-2008 03-11-2009  P   C  P   36


G0002        MORE PAGES TO FOLLOW . . .
```

```
FLMK1           *       INMATE EDUCATION DATA        *    12-03-2019
PAGE 004        *            TRANSCRIPT              *    09:23:31

REGISTER NO: 86063-024    NAME..: HOOVER             FUNC: DIS
FORMAT.....: TRANSCRIPT   RSP OF: FLM-FLORENCE ADMAX USP
```

------------------------------ EDUCATION COURSES ------------------------------

| SUB-FACL | DESCRIPTION | START DATE | STOP DATE | EVNT | AC | LV | HRS |
|---|---|---|---|---|---|---|---|
| FLM | FACES OF FREEDOM | 11-09-2011 | 01-24-2012 | P | C | P | 33 |
| FLM | BRIEF WORLD HISTORY PART 1 | 11-03-2011 | 01-04-2012 | P | C | P | 27 |
| FLM | AMERICAN EXPERIENCE - PART 5 | 08-17-2011 | 11-08-2011 | P | C | P | 36 |
| FLM | SOLAR SYSTEM | 08-11-2011 | 11-02-2011 | P | C | P | 36 |
| FLM | AMERICA AT WAR - PART 3 | 06-08-2011 | 08-16-2011 | P | C | P | 30 |
| FLM | THE HUMAN BODY | 05-19-2011 | 08-10-2011 | P | C | P | 36 |
| FLM | LEGENDS OF THE SILVER SCREEN | 03-16-2011 | 06-07-2011 | P | C | P | 36 |
| FLM | GREAT PRESIDENTS - PART 2 | 02-24-2011 | 05-18-2011 | P | C | P | 36 |
| FLM | THE UNIVERSE - PART 2 | 12-22-2010 | 03-15-2011 | P | C | P | 36 |
| FLM | GREAT PRESIDENTS - PART 1 | 12-02-2010 | 02-23-2011 | P | C | P | 36 |
| FLM | AMERICA AT WAR - PART 2 | 10-13-2010 | 12-21-2010 | P | C | P | 30 |
| FLM | MATH FROM THE VISUAL WORLD | 09-09-2010 | 12-01-2010 | P | C | P | 36 |
| FLM | 500 NATIONS | 08-18-2010 | 10-12-2010 | P | C | P | 24 |
| FLM | BOOKS THAT MADE HISTORY 2 | 07-08-2010 | 09-08-2010 | P | C | P | 27 |

G0002        MORE PAGES TO FOLLOW . . .

```
FLMK1              *        INMATE EDUCATION DATA         *       12-03-2019
PAGE 003           *              TRANSCRIPT              *       09:23:31

REGISTER NO: 86063-024      NAME..: HOOVER              FUNC: DIS
FORMAT.....: TRANSCRIPT     RSP OF: FLM-FLORENCE ADMAX USP


------------------------------ EDUCATION COURSES ------------------------------
SUB-FACL  DESCRIPTION                    START DATE  STOP DATE  EVNT AC LV  HRS
FLM       THE RIGHTS OF MAN              06-13-2013  09-05-2013  P   C  P   36
FLM       EFFECTIVE COMMUNICATION SKILLS 03-21-2013  06-12-2013  P   C  P   36
FLM       THE PLANETS                    03-06-2013  04-30-2013  P   C  P   24
FLM       EVENTS THAT CHANGED HISTORY 2  01-17-2013  03-20-2013  P   C  P   27
FLM       ANCIENTS BEHAVING BADLY        01-09-2013  03-05-2013  P   C  P   24
FLM       EVENTS THAT CHANGED HISTORY 1  11-15-2012  01-16-2013  P   C  P   27
FLM       HOW THE EARTH WORKS, PART 2    08-23-2012  11-14-2012  P   C  P   36
FLM       THE NATIONAL PARKS             08-08-2012  10-30-2012  P   C  P   36
FLM       HOW THE EARTH WORKS, PART 1    05-31-2012  08-22-2012  P   C  P   36
FLM       FOUNDING FATHERS,BROTHERS      06-13-2012  08-07-2012  P   C  P   24
FLM       ENGINEERING DISASTERS          03-21-2012  06-12-2012  P   C  P   36
FLM       THE WORLD'S GREATEST PAINTINGS 03-08-2012  05-30-2012  P   C  P   36
FLM       LOST CITIES                    01-25-2012  03-20-2012  P   C  P   24
FLM       BRIEF WORLD HISTORY PART 2     01-05-2012  03-07-2012  P   C  P   24


G0002        MORE PAGES TO FOLLOW . . .
```

```
FLMK1              *        INMATE EDUCATION DATA        *     12-03-2019
PAGE 002           *              TRANSCRIPT             *       09:23:31


REGISTER NO: 86063-024      NAME..: HOOVER                  FUNC: DIS
FORMAT.....: TRANSCRIPT     RSP OF: FLM-FLORENCE ADMAX USP


------------------------------  EDUCATION COURSES  ------------------------------
SUB-FACL  DESCRIPTION                  START DATE  STOP DATE  EVNT AC LV  HRS
FLM       ACE FORENSICS PAPERBASED     12-11-2017  02-24-2018  P   C  P   11
FLM       POLAR EXPLORATIONS           11-20-2017  02-03-2018  P   C  P   11
FLM       ACE THROUGH THE WORMHOLE 5   10-02-2017  12-09-2017  P   C  P   10
FLM       ACE LIFE OF ABRAHAM LINCOLN  10-09-2017  11-18-2017  P   C  P    6
FLM       ACE SHARK WEEK               07-11-2017  09-30-2017  P   C  P   12
FLM       ACE ENGINEERING DISASTERS 2  05-09-2017  07-08-2017  P   C  P    9
FLM       ACE HOW THE STATES GOT SHAPES 02-28-2017 05-06-2017  P   C  P   10
FLM       ACE EARTH FLIGHT             01-10-2017  02-26-2017  P   C  P    6
FLM       ACE HISTORY OF BRITAIN       01-14-2014  05-01-2014  P   C  P   45
FLM       WAR AND WORLD HISTORY I      01-22-2014  04-19-2014  P   C  P   36
FLM       NUTRITION MADE CLEAR PART 2  11-20-2013  01-23-2014  P   C  P   27
FLM       ACE AMERICAN EXPERIENCE      11-05-2013  01-14-2014  P   C  P   30
FLM       RISE AND FALL OF ROME        07-24-2013  11-21-2013  P   C  P   39
FLM       NUTRITION MADE CLEAR PART 1  09-05-2013  11-21-2013  P   C  P   27


G0002          MORE PAGES TO FOLLOW . . .
```

```
FLMK1              *       INMATE EDUCATION DATA         *      12-03-2019
PAGE 001           *             TRANSCRIPT              *      09:23:31


REGISTER NO: 86063-024    NAME..: HOOVER                     FUNC: DIS
FORMAT.....: TRANSCRIPT   RSP OF: FLM-FLORENCE ADMAX USP


------------------------------ EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME  STOP DATE/TIME
FLM  ESL HAS    ENGLISH PROFICIENT           10-06-1998 0942  CURRENT
FLM  GED HAS    COMPLETED GED OR HS DIPLOMA  10-06-1998 0942  CURRENT


------------------------------ EDUCATION COURSES -------------------------------
SUB-FACL  DESCRIPTION                    START DATE  STOP DATE  EVNT AC LV  HRS
FLM       UNDERSTANDING IMPERIAL CHINA   07-01-2019  09-21-2019  P   C  P   12
FLM       THE PHYSICS OF HISTORY         04-08-2019  06-29-2019  P   C  P   12
FLM       ACE WORLD GREATEST STRUCTURES  08-13-2018  11-03-2018  P   C  P   12
FLM       THE LIFE OF ABRAHAM LINCOLN    09-03-2018  10-13-2018  P   C  P    6
FLM       ACE ROBOTICS                   06-11-2018  09-01-2018  P   C  P   12
FLM       ACE ORIGINS OF THE HUMAN MIND  05-21-2018  08-11-2018  P   C  P   12
FLM       ACE THE BLACK DEATH            03-19-2018  06-09-2018  P   C  P   12
FLM       ACE HUMANBODY PAPERBASED       02-26-2018  05-19-2018  P   C  P   12
FLM       ACE PHARAOHS OF ANCIENT EGYPT  02-05-2018  03-17-2018  P   C  P    6


G0002          MORE PAGES TO FOLLOW . . .
```