```
FLMJL              *        INMATE DISCIPLINE DATA           *    11-29-2018
PAGE 001           *     CHRONOLOGICAL DISCIPLINARY RECORD   *    06:40:14

REGISTER NO: 86063-024  NAME..: HOOVER, LARRY
FUNCTION...: PRT        FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 11-29-2018

-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3148047 - SANCTIONED  INCIDENT DATE/TIME: 07-18-2018 0852
UDC HEARING DATE/TIME: 07-23-2018 1030
FACL/UDC/CHAIRPERSON.: FLM/K/B/HOLBROOKS
REPORT REMARKS.......: INMATE STATED WASN'T OUT OF BOUNDS, DID ADMIT TO TALKING
                       INMATE FOUND GUILTY OF 315 AND 316
   315  PARTICIPATNG IN UNAUTH MEETING - FREQ: 1
        LP COMM    / 15 DAYS / CS
                   FROM: 07-23-2018  THRU: 08-06-2018
        COMP:    LAW:    SANCTIONED TO 15 DAYS LP COMMISSARY TO DETER FUTUR
                         E VIOLATIONS
   316  BEING IN UNAUTHORIZED AREA - FREQ: 1
        LP COMM    / 15 DAYS / CS
                   FROM: 07-23-2018  THRU: 08-06-2018
        COMP:    LAW:    SANCTIONDED TO 15 DAYS LP COMMISSAY TO DETER FUTUR
                         E VIOLATIONS
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 3022831 - SANCTIONED  INCIDENT DATE/TIME: 08-06-2017 1100
UDC HEARING DATE/TIME: 09-19-2017 0700
FACL/UDC/CHAIRPERSON.: FLM/K/B/HOLBROOKS
APPEAL CASE NUMBER(S): 917813
REPORT REMARKS.......: INMATE PROVIDED 17 PAGE EXHIBIT. INMATE FOUND GUILTY OF
                       335, SANCIONED TO 15 DAY LP COMMISSARY
   335  COMMUNICATING GANG AFFILIATION - FREQ: 1     Blueprint
        LP COMM    / 15 DAYS / CS
        COMP:    LAW:    SANCTIONED TO 15 DAYS LP COMMISSARY TO DETER FUTUR
                         E VIOLATIONS
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2769752 - SANCTIONED  INCIDENT DATE/TIME: 10-07-2015 1125
UDC HEARING DATE/TIME: 10-13-2015 0955
FACL/UDC/CHAIRPERSON.: FLM/K/B/WHAYGOOD
REPORT REMARKS.......: WARDEN WAS GOING TO LISTEN TO MY PHONE CALL)
   335  COMMUNICATING GANG AFFILIATION - FREQ: 1
        LP COMM    / 30 DAYS / CS
        COMP:    LAW:
-----------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 2721685 - SANCTIONED  INCIDENT DATE/TIME: 06-01-2015 1300
DHO HEARING DATE/TIME: 08-05-2015 1010          DHO REPT DEL: 08-25-2015 1330
FACL/CHAIRPERSON.....: FLM/S. BEICKER
REPORT REMARKS.......: UNAUTHORIZED COMMUNICATION W/ANOTHER INMATE VIA CODED
                       MESSAGING
   296  MAIL ABUSE, DISRUPT MONITORING  FREQ: 1
        DIS GCT    / 1 DAYS / CS
        COMP:010 LAW:V   SENTRY REQUIREMENT ONLY


G0002       MORE PAGES TO FOLLOW . . .
```

*Handwritten annotations:*
- Said they that he was using the mail to communicate
- Says there was no evidence
- No appeal
- Repeats themselves.

```
FLMJL           *       INMATE DISCIPLINE DATA          *    11-29-2018
PAGE 002        *    CHRONOLOGICAL DISCIPLINARY RECORD  *    06:40:14

REGISTER NO: 86063-024 NAME..: HOOVER, LARRY
FUNCTION...: PRT       FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 11-29-2018

DHO HEARING DATE/TIME: 08-05-2015 1010 REPORT 2721685 CONTINUED
        DS         / 15 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:    TO COMPLY W/MANDATORY VCCLEA VIOLENT SANCTIONING
                         GUIDELINES-SUSPENDED PENDING 180 DAYS CLEAR COND.
        LP COMM    / 120 DAYS / CS
        COMP:    LAW:
        MON REST   / 75.00 DOLLARS / CS
        COMP:    LAW:
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 713874 - SANCTIONED  INCIDENT DATE/TIME: 09-14-1999 1338
DHO HEARING DATE/TIME: 09-29-1999 1440
FACL/CHAIRPERSON.....: FLM/S. FINLEY
REPORT REMARKS.......: INMATE GUILTY OF ASSAULTING ANY PERSON (ATTEMPTED)
   101A ASSAULTING WITH SERIOUS INJURY - FREQ: 1 ATI: IF2 RFP: A
        DIS GCT    / 41 DAYS / CS
        COMP:010 LAW:V   DISALLOW 41 DAYS GOOD CONDUCT TIME
        DS         / 60 DAYS / CS
        COMP:    LAW:    DISCIPLINARY SEGREGATION OF 60 DAYS
        LP COMM    / 120 DAYS / CS
        COMP:    LAW:    LOSS OF COMMISSARY PRIVILEGES OF 120 DAYS
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 535147 - SANCTIONED  INCIDENT DATE/TIME: 10-28-1997 1455
DHO HEARING DATE/TIME: 11-06-1997 1415
FACL/CHAIRPERSON.....: THA/KILLION, V
REPORT REMARKS.......: MOST LIKE THREATENING
   299  DISRUPTIVE CONDUCT-HIGH - FREQ: 1
        DS         / 7 DAYS / CS
        COMP:    LAW:    DIS SEG
        LOSE PRIV  / 30 DAYS / CS
        COMP:    LAW:    LOSS OF SOCIAL TELEPHONE PRIVLEGES, 30 DAYS
        LOSE PRIV  / 150 DAYS / CS / SUSPENDED 180 DAYS
        COMP:    LAW:    LOSS OF SOCIAL TELEPHONE PRIVLEGES, SUSPENDED,
                         PENDING CLEAR CONDUCT.
-------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 421232 - SANCTIONED  INCIDENT DATE/TIME: 07-23-1996 1629
UDC HEARING DATE/TIME: 07-25-1996 1220
FACL/UDC/CHAIRPERSON.: CCC/JAIL SENT/WALKER
REPORT REMARKS.......: 7 DAYS LOSS OF COMMISSARY.
   406  USING PHONE OR MAIL W/O AUTH - FREQ: 1
        LOSE PRIV  / 7 DAYS / CS
        COMP:    LAW:    7 DAYS LOSS OF COMMISSARY.




G0002      MORE PAGES TO FOLLOW . . . .
```

```
FLMJL               *         INMATE DISCIPLINE DATA          *       11-29-2018
PAGE 003 OF 003 *       CHRONOLOGICAL DISCIPLINARY RECORD     *       06:40:14

REGISTER NO: 86063-024 NAME..: HOOVER, LARRY
FUNCTION...: PRT       FORMAT: CHRONO      LIMIT TO ___ MOS PRIOR TO 11-29-2018

-------------------------------------------------------------------------------
REPORT NUMBER/STATUS.: 403182   SANCTIONED   INCIDENT DATE/TIME: 05-06-1996 1010
UDC HEARING DATE/TIME: 05-07-1996 1740
FACL/UDC/CHAIRPERSON.: CCC/JAIL SENT/WALKER
REPORT REMARKS.......: 30 DAYS LOSS OF COMMISSARY
    318   USING UNAUTH EQUIP/MACHINERY - FREQ: 1
          LOSE PRIV  / 30 DAYS / CS
          COMP:      LAW:     30 DAYS LOSS OF COMMISSARY.




G0005          TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED
```