**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -v- ) | No. 95 CR 508-1 |
| ) | Hon. Harry D. Leinenweber |
| LARRY HOOVER, ) | |
| ) | |
| Defendant. ) | |

**SUPPLEMENTAL EXHIBITS TO REPLY MEMORANDUM**
**IN SUPPORT OF MOTION FOR RELIEF UNDER FIRST STEP ACT**

NOW COMES the Defendant, LARRY HOOVER, through his attorneys, and submits the attached Certificates of Achievement and Completion as supplemental exhibits to his previously filed Reply Memorandum in Support of Motion for Relief Under the First Step Act. Defendant has designated them as Exhibit 20.

        Respectfully submitted,
        LARRY HOOVER

        By:   /s/ Barry A. Spevack\_\_\_
             One of his attorneys

Michael D. Monico mm@monicolaw.com
Barry A. Spevack bspevack@monicolaw.com
MONICO & SPEVACK
53 West Jackson Blvd., Suite 1315
Chicago, IL 60604
(P) 312-782-8500
(F) 312-759-2000

Justin A. Moore, ESQ
justin@moorejustice.net
1910 Pacific Avenue #8000
Dallas, Texas 75201
(P) 214-794-1069
(F) 972-228-8812

    Attorneys for Defendant

**CERTIFICATE OF SERVICE**

Barry A. Spevack, an attorney, states that on June 5, 2020, Defendant served the attached Supplemental Exhibits to Defendant's Reply Memorandum in Support of Relief Under the First Step Act on all parties through the Court's CM/ECF filing system, upon which all parties are registered users.

/s/ Barry A. Spevack
Barry A. Spevack
MONICO & SPEVACK
53 West Jackson Blvd.
Suite 1315
Chicago, IL 60604
312-782-8500
bspevack@monicolaw.com