# Certificate of Achievement

*Larry Hoover*

Has Completed The
**Physics in Your Life - Part 2**
Adult Continuing Education Class

Supervisor of Education _____/s/_____

Course Coordinator _____/s/_____
2007


Florence, Colorado

# Certificate of Achievement

*Larry Hoover*

Has Completed The

**Natural Law**

Adult Continuing Education Class

_____  
Supervisor of Education

_____  
Course Coordinator

**2007**

Florence, Colorado

Case: 1:95-cr-00508 Document #: 1266-1 Filed: 06/05/20 Page 2 of 7 PageID #:4082

# Certificate of Achievement

*Larry Hoover*

Has Completed the

**Great Presidents - Part 1**

Adult Continuing Education Class

_____
Supervisor of Education

FLORENCE, COLORADO
2011

_____
Course Coordinator



# Certificate of Achievement

*Larry Hoover*

Has Completed the

**The Rights of Man**

Adult Continuing Education Class

FLORENCE, COLORADO
2013

_____
Supervisor of Education

_____
Course Coordinator

# Certificate of Achievement

*Larry Hoover*

Has Completed the

**Effective Communication Skills**

Adult Continuing Education Class

_____
Supervisor of Education

FLORENCE, COLORADO
2013

_____
Course Coordinator

# Certificate of Completion

May it be known that this Certificate has been presented to

LARRY   HOOVER

for completion of

__Anger Management/Domestic Violence Prevention Class (6.5 hours)__

Presented this __5th__ day of __May, 2003__.

_[signature]_
for Chief Psychologist
United States Penitentiary, ADX