# Exhibit A-1

```
 1                  UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF GEORGIA
 2                         ATLANTA DIVISION

 3
    UNITED STATES OF AMERICA,           )
 4                                      )
             Plaintiff,                 )          Case Number
 5                                      )
                 v.                     )    1:16-cr-145-TWT-JKL
 6                                      )
    ALONZO WALTON, KEVIN CLAYTON,       )
 7  DONALD GLASS, PERRY GREEN, VANCITO  )
    GUMBS, and ANTARIOUS CALDWELL,      )
 8                                      )
             Defendants.                )
 9  _____)

10

11

12            Transcript of the jury trial before the

13        Honorable Judge Thomas W. Thrash, Jr., Chief Judge

14                    May 3, 2019; 9:33 a.m.

15                         Atlanta, Georgia

16

17

18

19

20  (Appearances on page two.)

21
         Proceedings recorded by mechanical stenography,
22  transcript produced by computer.
    _____
23
                 Diane Peede, RMR, CRR, CRC
24            Federal Official Court Reporter
             75 Ted Turner Drive, SW, Suite 2194
25                Atlanta, Georgia  30303-3309
```

```
 1    Appearances:

 2    For the Plaintiff:      KIM DAMMERS
                              RYAN BUCHANAN
 3                            ERIN SPRITZER
                              Assistant U.S. Attorneys
 4                            United States Courthouse
                              75 Ted Turner Drive, SW, Suite 600
 5                            Atlanta, Georgia  30303
      - and -
 6                            CONOR MULROE
                              Assistant U.S. Attorney
 7                            1301 New York Avenue, NW, Suite 700
                              Washington, D.C.  20002
 8

 9    For the Defendant
        Alonzo Walton:        JOHN LOVELL, ESQ.
10                            90F Glenda Trace, #427
                              Newnan, Georgia  30265
11
      For the Defendant
12      Kevin Clayton:        THOMAS C. WOOLDRIDGE, ESQ.
                              1230 Peachtree Street, NE, Suite 1900
13                            Atlanta, Georgia  30309

14    For the Defendant
        Donald Glass:         WILLIAM MORRISON, ESQ.
15                            50 Hurt Plaza, Suite 1110
                              Atlanta, Georgia  30303
16    - and -
                              ARTURO CORSO, ESQ.
17                            427 Green Street, NW
                              Gainesville, Georgia  30501
18
      For the Defendant
19      Perry Green:          AMANDA R. CLARK PALMER, ESQ.
                              3151 Maple Drive, NE
20                            Atlanta, Georgia  30305

21    For the Defendant
        Vancito Gumbs:        ROGER WILSON, ESQ.
22                            1100 Peachtree Street, NE, Suite 200
                              Atlanta, Georgia  30309
23
      For the Defendant
24      Antarious Caldwell:   DENNIS O'BRIEN, ESQ.
                              22 West Court Square, Suite C-3
25                            Newnan, Georgia  30263
```

```
 1                          Index of transcript

 2                                                       Page

 3
                            Tiffany Cribbs
 4    Direct by Mr. Mulroe. . . . . . . . . . . . . . .  5
      Cross by Mr. Corso. . . . . . . . . . . . . . . . 14
 5    Cross by Mr. O'Brien. . . . . . . . . . . . . . . 24
      Redirect by Mr. Mulroe. . . . . . . . . . . . . . 27
 6    Recross by Mr. Corso. . . . . . . . . . . . . . . 30
      Re-redirect by Mr. Mulroe . . . . . . . . . . . . 33

 7

 8
                            Karim Ficklin
 9    Direct by Ms. Dammers . . . . . . . . . . . . . . 36
      Cross by Mr. O'Brien. . . . . . . . . . . . . . . 94
10

11

12                      - - - - - - - -

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1   Q    All right.

 2        How old are you, Mr. Ficklin?

 3   A    23.

 4   Q    When did you turn 23?

 5   A    February 21st.

 6   Q    So -- okay.

 7        Were you ever in a gang?

 8   A    Yes.

 9   Q    What gang?

10   A    G.D.

11   Q    What does G.D. stand for?

12   A    Gangster Disciple.

13   Q    Have you ever heard the term "Growth and Development"?

14   A    Yes.

15   Q    Are Growth and Development and G.D. the same thing or

16   different?

17   A    It's the same thing.

18   Q    You're 23 now.

19        Did you finish high school?

20   A    Yes.

21   Q    When -- how old were you when you joined the G.D.s?

22   A    Eleven.

23   Q    Where were you living when -- just what city were you

24   living in when you joined the G.D.s at eleven years old?

25   A    In DeKalb County.
```

```
 1   Q    So when you were eleven years old -- you finished high
 2   school.
 3        What school were you going to then?
 4   A    I was going to a homeschool.
 5   Q    A homeschool?  What is that?
 6   A    It was TNT Academy, online.
 7   Q    Is that because you had some trouble before?
 8   A    Yeah.  I got kicked out of school.
 9   Q    So where did you meet these guys who introduced you --
10   was it -- well, first, let me ask you, was it guys, males,
11   who introduced you to the Gangster Disciples?
12   A    Yes.
13   Q    Where did you meet them if you were being homeschooled?
14   A    In the streets.
15   Q    And how is it that you met?  Them just hanging out?
16   A    Yes.
17   Q    When you joined the Gangster Disciples, was there some
18   sort of initiation, some sort of ritual, that you went
19   through?
20   A    I had to fight.
21   Q    Who did you have to fight?
22   A    Three people.
23   Q    For how long?
24   A    Six minutes.
25   Q    For a whole six minutes?  You started, and then six
```

1   minutes later, you were allowed to stop?

2   A    Yeah.

3   Q    And so you're eleven years old.

4        Are the people that you're fighting, are they older than

5   you, same age, younger?

6   A    They were older.

7   Q    How much older?

8   A    Probably about teenagers.

9   Q    And so was this, like, play fighting, or was this, like,

10  fighting-fighting?

11  A    No.  It was real fighting.

12  Q    Did you have a name that they called you, other than

13  Karim?

14  A    Jersey.

15  Q    Why did they call you Jersey?

16  A    That's just the name they gave me.

17  Q    Oh, they gave you that name?

18  A    Yeah.

19  Q    So you're a Gangster Disciple at eleven years old.

20       Do you know -- if I say the words "plugged in," does

21  that have some meaning for you?

22  A    Yes.

23  Q    So what does it mean to be plugged in?

24  A    It mean you on count.

25  Q    At eleven, were you plugged into the Gangster Disciples?

1    A    No.

2    Q    Did you ever become plugged in?

3    A    Yes.

4    Q    And how old were you when you plugged into the Gangster

5    Disciples?

6    A    17.

7    Q    So how is it that you went from being not plugged in to

8    being plugged in?

9    A    I got around the right set of people and got official.

10   Q    And who was the right set of people?

11   A    My people on the street.

12   Q    So who, if anybody, if you recall, talked to you about

13   plugging in?

14   A    I don't understand.

15   Q    So what's the name of the person that talked to you

16   about plugging in?

17   A    I can't really remember exactly who it was.

18   Q    All right.  So the gang -- were they Gangster Disciples

19   who talked to you about plugging in, even if you don't recall

20   exactly who it was?

21   A    Yes.

22   Q    So what was the benefit about plugging in versus not

23   plugging in?

24   A    Eventually, you were going to be official.

25   Q    So once you became official, was there another

1    initiation that you had to do?

2    A    No, not really.

3    Q    What happened?

4    A    You just sign on -- you get your packet.  You get your

5    lit, and you'll be official.

6    Q    So what is lit?

7    A    Your literature.

8    Q    What kind of literature is that?

9    A    Like, your history.

10   Q    History of what?

11   A    The Gangster Disciple.

12   Q    All right.  So did you -- did they test you on this

13   literature?

14   A    Yes.

15   Q    So you had to know it?

16   A    Yeah.

17   Q    So while you were studying the Lit Pack, did you learn

18   who the Chairman of the Gangster Disciples was?

19   A    Yes.

20   Q    Who was that?

21   A    Larry Hoover.

22   Q    And did you learn how the Gangster Disciples were

23   organized?

24   A    Yes.

25   Q    So who's the top person?

1    A    As far as?

2    Q    In the Gangster Disciples, anywhere.

3    A    Larry Hoover.

4    Q    All right.  So that's the Chairman.  And below the

5    Chairman?  Do you recall who was below the Chairman, the

6    position, the name of the position below the Chairman?

7    A    I can't remember.

8    Q    Okay.  Have you -- let's start -- then let's go the

9    other way.

10        So you were a member of the Gangster Disciples, right?

11   A    Yes.

12   Q    And who do you report to as a Gangster Disciple?  What's

13   the name of that position?

14   A    I mean, report to as far as. . .

15   Q    All right.  So who -- do you have a leader of your --

16   you said there was a count, right?

17   A    Yeah.

18   Q    What's the person who leads the count called?

19   A    I don't know.

20   Q    All right.  So what are some of the positions in the

21   Gangster Disciples?  What are their names?  You have a

22   Chairman.

23   A    You got Governors.

24   Q    What does a Governor do?

25   A    The Governor is basically like -- is over a side.

1    Q    So you have a Governor.  What else?

2    A    Security.  Enforcers.

3    Q    So those are the names of some of the positions in the

4    Gangster Disciples?

5    A    Yeah.

6    Q    So you joined when you're 17.  Can you tell -- let me

7    figure out -- what year were you born in?

8    A    '96.

9    Q    So 2013?  Does that sound right?

10   A    Yeah.

11   Q    All right.  So you joined the Gangster Disciples in 2013

12   as a plugged-in member.  Were you -- did you join also a

13   specialized group of the Gangster Disciples?

14   A    Yes.

15   Q    And what was that called?

16   A    The HATE Committee.

17   Q    And when you became plugged in, did you immediately

18   become plugged in to the HATE Committee?

19   A    No.

20   Q    So how long before you became a HATE Committee member?

21   A    When I was 19.

22   Q    So two years you're a Gangster Disciple, and then two

23   years later, then you become a HATE Committee member.

24        Are you still a Gangster Disciple?

25   A    Yes.

# Exhibit A-2

```
1              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF GEORGIA
2                     ATLANTA DIVISION

3
   UNITED STATES OF AMERICA,          )
4                                     )
           Plaintiff,                 )        Case Number
5                                     )
                v.                    )     1:16-cr-145-TWT-JKL
6                                     )
   ALONZO WALTON, KEVIN CLAYTON,      )
7  DONALD GLASS, PERRY GREEN, VANCITO )
   GUMBS, and ANTARIOUS CALDWELL,     )
8                                     )
           Defendants.                )
9  _____)

10

11

12         Transcript of the jury trial before the

13      Honorable Judge Thomas W. Thrash, Jr., Chief Judge

14              April 30, 2019; 9:40 a.m.

15                  Atlanta, Georgia

16

17

18

19

20  (Appearances on page two.)

21

        Proceedings recorded by mechanical stenography,
22  transcript produced by computer.
    _____
23
             Diane Peede, RMR, CRR, CRC
24          Federal Official Court Reporter
          75 Ted Turner Drive, SW, Suite 2194
25             Atlanta, Georgia  30303-3309
```

```
1   Appearances:

2   For the Plaintiff:      KIM DAMMERS
                            RYAN BUCHANAN
3                           ERIN SPRITZER
                            Assistant U.S. Attorneys
4                           United States Courthouse
                            75 Ted Turner Drive, SW, Suite 600
5                           Atlanta, Georgia  30303
    - and -
6                           CONOR MULROE
                            Assistant U.S. Attorney
7                           1301 New York Avenue, NW, Suite 700
                            Washington, D.C.  20002
8

9   For the Defendant
     Alonzo Walton:         JOHN LOVELL, ESQ.
10                          90F Glenda Trace, #427
                            Newnan, Georgia  30265
11
    For the Defendant
12   Kevin Clayton:         THOMAS C. WOOLDRIDGE, ESQ.
                            1230 Peachtree Street, NE, Suite 1900
13                          Atlanta, Georgia  30309

14  For the Defendant
     Donald Glass:          WILLIAM MORRISON, ESQ.
15                          50 Hurt Plaza, Suite 1110
                            Atlanta, Georgia  30303
16  - and -
                            ARTURO CORSO, ESQ.
17                          427 Green Street, NW
                            Gainesville, Georgia  30501
18
    For the Defendant
19   Perry Green:           AMANDA R. CLARK PALMER, ESQ.
                            3151 Maple Drive, NE
20                          Atlanta, Georgia  30305

21  For the Defendant
     Vancito Gumbs:         ROGER WILSON, ESQ.
22                          1100 Peachtree Street, NE, Suite 200
                            Atlanta, Georgia  30309
23
    For the Defendant
24   Antarious Caldwell:    DENNIS O'BRIEN, ESQ.
                            22 West Court Square, Suite C-3
25                          Newnan, Georgia  30263
```

# Index of transcript

Page

## Antonio Sullivan

Cross by Mr. Wooldridge . . . . . . . . . . . . . 4
Redirect by Ms. Dammers . . . . . . . . . . . . 22
Recross by Mr. Lovell . . . . . . . . . . . . . 32
Re-redirect by Ms. Dammers. . . . . . . . . . . 41

## Quintin Parker

Direct by Ms. Spritzer. . . . . . . . . . . . . 45
Cross by Mr. O'Brien. . . . . . . . . . . . . . 78
Redirect by Ms. Spritzer. . . . . . . . . . . . 83

## Quintin Lovelace

Direct by Mr. Buchanan. . . . . . . . . . . . . 86
Cross by Mr. Wooldridge . . . . . . . . . . . . 96
Cross by Ms. Clark Palmer . . . . . . . . . . .101
Redirect by Mr. Buchanan. . . . . . . . . . . .113
Recross by Ms. Clark Palmer . . . . . . . . . .117

## Verice Williams

Direct by Ms. Spritzer. . . . . . . . . . . . .124
Cross by Mr. O'Brien. . . . . . . . . . . . . .139
Redirect by Ms. Spritzer. . . . . . . . . . . .143
Recross by Mr. O'Brien. . . . . . . . . . . . .144

## Rodricious Gresham

Direct by Ms. Dammers . . . . . . . . . . . . .147

- - - - - - - -

 1          THE COURT:  All right.  Ms. Dammers, call your next

 2    witness.

 3          MS. DAMMERS:  Thank you.  The United States calls

 4    Rodricious Gresham.

 5          THE COURTROOM DEPUTY:  Mr. Gresham, raise your

 6    right hand, please.

 7          Do you solemnly swear that the testimony you are

 8    about to give in the cause before this Court shall be the

 9    truth, the whole truth, and nothing but the truth, so help

10    you God?

11          MR. RODRICIOUS GRESHAM:  Yes.

12          RODRICIOUS GRESHAM, PLAINTIFF'S WITNESS, SWORN

13          THE COURTROOM DEPUTY:  Thank you.

14          Please state your name for the record.

15          THE WITNESS:  Rodricious Gresham.

16                        DIRECT EXAMINATION

17    BY MS. DAMMERS:

18    Q    All right.  Mr. Gresham, it's really hard to hear in

19    this courtroom.  So the marshal is going to move that mic.  I

20    need you to kind of speak right into the mic and sit up, the

21    way you're doing.  That's great.  All right?

22    A    All right.

23    Q    I understand that you have a tooth problem today; is

24    that right?

25    A    Yes, ma'am.

```
 1    Q    Do you have anything in your mouth that makes it -- to
 2    pack that tooth or --
 3    A    No.
 4    Q    Are you taking any pain medication?
 5    A    Yes.
 6    Q    Are you okay to answer my questions?
 7              MR. MORRISON:  Your Honor, we cannot hear the
 8    witness back here.
 9              THE COURT:  Ms. Dammers, they can't hear him in the
10    back row.  He's going to have to speak up.
11    BY MS. DAMMERS:
12    Q    Mr. Gresham, you need to talk louder.
13         You have a tooth problem today?
14    A    Yes, ma'am.
15    Q    And you don't have anything in your mouth, though?
16    A    No.
17    Q    Because I notice it's big on one side.
18         Are you taking any pain killers?
19    A    Yes.
20    Q    Are you able to understand what I'm going to ask you or
21    understand what I'm asking you now?
22    A    Yes, ma'am.
23    Q    All right.  So how old are you, Mr. Gresham?
24    A    29.
25    Q    You're 29 years old now?
```

1   A    Yes.

2   Q    Have you ever been a member of a gang?

3   A    Yes.

4   Q    And what gang?

5   A    G.D.

6   Q    And what does G.D. stand for?

7            MR. MORRISON:  We cannot hear.

8            THE COURT:  They can't hear him, Ms. Dammers.

9            MS. DAMMERS:  All right.

10  BY MS. DAMMERS:

11  Q    Mr. Gresham, I know you have a toothache, and I know

12  it's hard to talk.  But I need you to -- because the defense

13  counsel and everyone in the courtroom needs to be able to

14  hear you, all right?  So I need to you talk loud.  Are you

15  good with that?

16  A    Yes.

17  Q    All right.  So you said you were a member of G.D.; is

18  that right?

19  A    Yes, ma'am.

20  Q    And what does G.D. stand for?

21  A    Growth and Development.

22  Q    Does it stand for anything else?

23  A    Gangster Disciples.

24  Q    Are you still a member of Gangster Disciples?

25  A    Yes.

```
1   Q    So you are currently in custody; is that correct?

2   A    Yes.

3   Q    In fact, you have been charged and pled guilty to Hobbs

4   Act robbery, correct?

5   A    Yes.

6   Q    And also with possessing a firearm in furtherance of

7   that Hobbs Act robbery; is that right?

8   A    Yes.

9   Q    And then also being a felon in possession?

10  A    Yes.

11  Q    Did you plead guilty to those charges?

12  A    Yes.

13  Q    And as part of your guilty plea, did you agree to

14  cooperate in this case?

15  A    Yes.

16  Q    Let me show you what's been marked for identification

17  purposes as Government's Exhibit 612.  I'm going to come up

18  and show this to you.  I'm sorry.  621.

19       And Government's Exhibit 621, do you recognize that

20  document, Mr. Gresham?

21  A    Yes, ma'am.

22  Q    And what is that?

23  A    My Plea Agreement.

24  Q    Have you signed that on page 16?

25  A    Yes.
```

1 Q And is that Plea Agreement in the same or about the same

2 condition as when you signed it?

3 A Yes.

4   MS. DAMMERS:  Your Honor, the Government moves into

5 evidence Government's Exhibit 621.

6   THE COURT:  It's admitted without objection.

7 BY MS. DAMMERS:

8 Q Is it your understanding, Mr. Gresham, that you -- let

9 me ask you, have you been sentenced yet in this case?

10 A No.

11 Q Is it your understanding that the Government and your

12 lawyer, both parties, will recommend to the Court that you be

13 sentenced to 144 months or 12 years?

14 A Yes.

15 Q And that includes any cooperation; is that right?

16 A Yes.

17 Q All right.  So let's talk about when you joined G.D.

18   How old were you when you joined the Gangster Disciples?

19 A 14.

20 Q 14.  Were you in school at the time?

21 A Yes.

22 Q What grade were you in?

23 A I was in the seventh or eighth grade.

24 Q Seventh or eighth grade?

25 A Yeah.

1   Q    Did you graduate from school at any point?

2   A    No.

3   Q    How far did you get before you dropped out?

4   A    Ninth grade.

5   Q    So you dropped out after you joined the G.D.s; is that

6   right?

7   A    Yes.

8   Q    How did you come to meet people in the Gangster

9   Disciples so that you could join them?

10  A    School.

11  Q    And what school were you going to then?

12  A    Salem.

13  Q    Salem?

14  A    Yes, ma'am.

15  Q    Was that a high school or a middle school?

16  A    Middle school.

17  Q    Where was Salem Middle School, Mr. Gresham?

18  A    In Lithonia.

19  Q    So is that in DeKalb County?

20  A    Yes.

21  Q    When you joined the Gangster Disciples, was there some

22  kind of initiation that you had to go through?

23  A    Yes.

24  Q    And what was that?

25  A    Get jumped in.

1   Q    So what is a jump-in?

2   A    You had to fight.

3   Q    How many people did you have to fight?

4   A    Three.

5   Q    Three?  For how long?

6   A    Sixty seconds.

7   Q    So you fought three people for 60 seconds?

8   A    Yes.

9   Q    And were these people that you fought, were they

10  Gangster Disciples?

11  A    Yes, ma'am.

12  Q    After you joined the Gangster Disciples when you

13  were 14, did you start going to meetings at that time?

14  A    Nah.

15  Q    Why not?

16  A    I wasn't plugged in yet.

17  Q    All right.  So what does it mean to be plugged in?

18  A    To get stamped official.

19  Q    All right.  You said to be stamped official?

20  A    Yeah.

21  Q    So at that time, when you're 14 and you're in the

22  Gangster Disciples, did you know you weren't plugged in?

23  A    No.

24  Q    So how did you learn that you weren't plugged in?

25  A    As I got older and learning more.

1    Q    All right.  So let's -- so you were in the Gangster

2    Disciples when you were 14.  And you're kind of just hanging

3    out, right, with them?  You're not going to any meetings; is

4    that fair?

5    A    Yes.

6    Q    Did there come a point where you moved out of the state

7    of Georgia to another state?

8    A    Yes.

9    Q    And how old were you when you moved out of Georgia?

10   A    22 or 21.

11   Q    All right.  So the time that you're 14 to the time that

12   you're 21 or 22, are you a Gangster Disciple during that

13   entire time?

14   A    Yes.

15   Q    Are you plugged in during that entire time?

16   A    No.

17   Q    So you're not plugged in at all?

18   A    No.

19   Q    Do you come back to Georgia at any point?

20   A    Yes.

21   Q    How old were you when you came back to Georgia?

22   A    23.

23   Q    All right.  So you were gone for a year -- between a

24   year and two years; is that right?

25   A    Yes.

1    Q      So you come back to Georgia when you're 22 years old.

2    Do you reacquaint -- do you start hanging out with the

3    Gangster Disciples again?

4    A      Yes.

5    Q      At this point, do you become plugged in?

6    A      Yes.

7    Q      All right.  Let's talk about that.  You said you are 29

8    now.  So if you were 23 -- it was about 2013 that you came

9    back; is that right?

10   A      Yes.

11   Q      And when did you become plugged into the Gangster

12   Disciples?

13   A      When I met K.K.

14   Q      All right.  And was that in 2013 or sometime after?  So

15   you come back to Georgia in 2013?

16   A      Yes.

17   Q      How long are you in Georgia before you meet K.K.?

18   A      A couple of months.

19   Q      A couple of months?  Is that what you said?

20   A      Yes.

21   Q      So still right around 2013; is that right?

22   A      Yes.

23   Q      Okay.  And who is K.K.?  Who was he?

24   A      Chief Enforcer of the state.

25   Q      You said Chief Enforcer of the clique?

1    A    The state.

2    Q    Of the state.  I'm sorry.  I didn't understand you

3    either.  Chief Enforcer of the state.  Chief Enforcer for

4    who?

5    A    The G.D.

6    Q    How did you come to meet K.K.?  Just bump into him?

7    A    Smurf.

8    Q    So how is it that Smurf gets you to meet K.K.?

9    A    I was already plugged in.  He ask me did I want to plug

10   in.

11   Q    So how did you know Smurf?

12   A    We hung around the same people.

13   Q    And what did you understand, if anything, Smurf to be a

14   member of?

15   A    G.D.

16   Q    And you said something about being plugged in.  Was it

17   your understanding that Smurf was plugged in or not plugged

18   in?

19   A    Plugged in.

20   Q    And so what did he say to you about plugging in, Smurf?

21   A    He ask me did I want to plug in.

22   Q    When he -- when Smurf asked you if you wanted to plug

23   in, what did you understand that was going to be?

24   A    I was gonna meet -- I mean, I was gonna be official, I

25   guess.

1    Q    So that would have made you an official Gangster

2    Disciple?

3    A    Yes.

4    Q    So where was it that you knew Smurf from?

5    A    Lithonia.

6    Q    What, if anything, did Smurf tell you about his position

7    within the Gangster Disciples?  Like, where did he fit?

8    A    He was on the Enforcer squad.

9    Q    So that's what -- when you -- when Smurf talks to you

10   about plugging into the Gangster Disciples, you understood

11   him to be on the Enforcer squad?  Is that what you said?

12   A    Yes.

13   Q    Okay.  So does he take you to meet K.K., or is there a

14   telephone call, or what?

15   A    He took me to meet him.

16   Q    And where did that meeting take place?

17   A    I met him on Gresham.

18   Q    I'm sorry.  Say that again.

19   A    On Gresham.

20   Q    Gresham Road?

21   A    Uh-huh.

22   Q    Where is Gresham Road?

23   A    It's in DeKalb County.

24   Q    Was it a house on Gresham Road, a park, the street?

25   Where on Gresham Road?

1    A    We met him at the store.  Then we went to some

2    apartments.

3    Q    And who was there besides you?  Was Smurf there?

4    A    Yes.

5    Q    Was K.K. there?

6    A    Yes.

7    Q    Was there anybody else there?

8    A    Not that I can recall, no.

9    Q    So what, if anything, does Smurf tell K.K. about you,

10   Mr. Gresham?

11   A    I don't know.

12   Q    So what does K.K. say to you about plugging in?

13   A    I had to go to a nine.

14   Q    And what did you understand a nine to be?

15   A    A meeting.

16   Q    How long did this meeting between you and Smurf and K.K.

17   last?

18   A    Not that long.

19   Q    In that amount of time when you were there, with the

20   three of you standing there, did you form an opinion about

21   who was in charge of those two people?

22   A    Yeah.

23   Q    What was that?

24   A    K.K.

25   Q    Was that the only time you ever saw K.K., or did you see

1  him at other times later on?

2  A   I seen him at other times later on.

3  Q   Where would you see him at?

4  A   Nines, clubs.

5  Q   So after this time, I think you said that K.K. said you

6  had to go to a meeting to be plugged in, a nine to be plugged

7  in; is that right?

8  A   Yeah.

9  Q   So did you go to that nine?

10  A   Yes.

11  Q   And how was the -- how did it come about that you became

12  officially plugged in, officially stamped?

13  A   Vouchers.

14  Q   And who vouched for you?

15  A   I guess Smurf.

16  Q   Was K.K. at that nine?

17  A   Yes.

18  Q   Were there other people besides the three of you at that

19  nine?

20  A   Yes.

21  Q   How many people, about?

22  A   I can't recall.

23  Q   I'm sorry?

24  A   I can't recall.  It was a couple people.

25  Q   A couple of other people?

1    A    Yeah.

2         MS. DAMMERS:  Ms. Etienne, if we could please

3    publish for the jury Government's Exhibit 780, which is

4    already admitted into evidence.

5    BY MS. DAMMERS:

6    Q    Mr. Gresham, there's a screen right there on your

7    right-hand side.  Do you recognize this person?

8    A    Yes.

9    Q    Who is that?

10   A    K.K.

11   Q    So that's the person who said you had to go to a nine to

12   be plugged in; is that right?

13   A    Yes.

14        MS. DAMMERS:  And Government's Exhibit 784, please,

15   Ms. Etienne, which has already been admitted into evidence.

16   BY MS. DAMMERS:

17   Q    And who is this?

18   A    Smurf.

19   Q    So after your meeting -- after you went to this nine and

20   there were people there and someone vouched for you, did you

21   consider yourself to be plugged in?

22   A    Yes.

23   Q    Did other people consider you to be plugged into the

24   Gangster Disciples?

25   A    Yes.

1    Q    Was there any other initiation process that you had to

2    go through or just go into the nine and having somebody vouch

3    for you?

4    A    Going to feed the hungry and stuff like that.

5    Q    So before you could be a full member, you had to go feed

6    the hungry and stuff like that?  Is that what you said?

7    A    Yes.

8    Q    And where were these feed the hungry?

9    A    Moray Drive.

10   Q    And after you get -- you go to the meeting and you go

11   feed the hungry, are you allowed to go to other meetings?

12   A    Yes.

13   Q    At this point, did you have to pay any dues into the

14   organization?

15   A    Yes.

16   Q    Before, when you were not plugged in, did you pay dues

17   when you were not plugged in?

18   A    No.

19   Q    So that was one of the things you now had to do; is that

20   right?

21   A    Yes.

22   Q    Did anybody tell you what the dues would be used for?

23   A    Yes.

24   Q    What did they say?

25   A    For events, people in jail.

1  Q    Is there -- when you -- when you say for people in jail,

2  what would you do?  How would you help the people in jail

3  with the dues?

4  A    Bonds and commissary.

5  Q    Mr. Gresham, did you say bonds and commissary?

6  A    Yes.

7  Q    Okay.  And when you say "bonds," what do you mean?

8  A    Bond them out of jail.

9  Q    So you pay somebody's bail money?

10 A    Yeah.

11 Q    And commissary is putting money on their books so they

12 can buy stuff?

13 A    Yes.

14 Q    Was it your understanding that any of the money went

15 anywhere else besides locally to be used by the Gangster

16 Disciples locally?

17 A    No.

18 Q    So how would you know that there was going to be a nine

19 or a meeting?

20 A    A text message.

21 Q    Would that text message come just to you individually,

22 Mr. Gresham, or did you know that it came to other people,

23 too?

24 A    To other people, too.

25 Q    At this point, are we still in 2013, or have we moved

1    into 2014; do you know?

2    A    Probably 2014.

3    Q    Because you got locked up in 2015, right?

4    A    Yes.

5    Q    So we have -- all of 2014 you're out?

6    A    Yes.

7    Q    Now, after you became plugged into the Gangster

8    Disciples, I think you said that there were Enforcement

9    crews, Enforcement teams.  What did you say?

10   A    Yes.

11   Q    Which one?  Do you call them Enforcement?

12   A    Enforcers.

13   Q    Enforcers.  Are there a special group of Enforcers?

14   A    Yeah.

15   Q    At some point, do you become part of that special group

16   of Enforcers?

17   A    Yes.

18   Q    And what's that special group of Enforcers called?

19   A    HATE Committee.

20   Q    Had you known about the HATE Committee for long after

21   you joined?

22   A    I knew about it the whole time.

23   Q    You knew about it the whole time?

24   A    Yes.

25   Q    Because when you joined the HATE Committee, were you one

1   of the first members to join?

2   A    Yes.

3   Q    How did you learn about HATE Committee?

4   A    I was just around.

5   Q    I'm sorry.  Say that again.

6   A    I was around.

7   Q    You were around who?

8   A    Smurf.

9   Q    Who told you about it the first time that you heard

10  about it; do you remember?

11  A    Smurf.

12  Q    And what role did Smurf have in the HATE Committee?

13  A    First C.

14  Q    And what does that First C do?

15  A    They call the shots.

16  Q    Call the shots?

17  A    Yes.

18  Q    So the First C is in charge of that group?  Is that what

19  you're telling me?

20  A    Yes.

21  Q    Okay.  So what was the purpose of HATE Committee?

22  A    Clean-up crew.

23  Q    Let me show you what's been marked for identification

24  purposes as Government's Exhibit 398-OA22 -- oh, I'm

25  sorry, OA2, 398-OA2.

1    Do you recognize some of the individuals in that

2  photograph, Mr. Gresham?

3  A    Yes.

4  Q    Is that a true depiction of the way they looked?

5  A    Yes.

6         MS. DAMMERS:  Your Honor, the Government moves into

7  evidence Government's Exhibit 398.

8         THE COURT:  Admitted without objection.

9         MS. DAMMERS:  May we please publish,

10 Ms. Etienne, 398.

11 BY MS. DAMMERS:

12 Q    So, Mr. Gresham, everyone in this photograph is wearing

13 the same T-shirt; is that correct, except for the baby?

14 A    Yes.

15 Q    And what does that T-shirt say?

16 A    HATE Committee.

17 Q    And is that the same name of the Enforcer group that you

18 were talking about?

19 A    Yes.

20 Q    And who do you recognize, if anyone, in this photograph?

21 Let's start with the person with the baby.  Who is that?

22 A    Smurf.

23 Q    That's Smurf?  Is that the way he looked back in 2013,

24 2014?

25 A    Yes.

1   Q      And the woman next to him holding the rifle?

2   A      Paris.

3   Q      Sorry?

4   A      Paris.

5   Q      Paris?  And then there's -- then there's an individual

6   in the back who has a hat -- a black watch cap on.  Do you

7   see that person?  You might look in the monitor so you can

8   see closer.

9   A      Yeah, I seen him.

10  Q      Who is that?

11  A      Hurt.

12  Q      Hurt?  Do you know Hurt's first name?

13  A      Quantavious, Quintin, something.

14  Q      Anybody else in this photograph that you recognize?

15  A      Yes.

16  Q      Who?

17  A      Trig.

18  Q      Which one's Trig?

19  A      The one standing behind Smurf.

20  Q      So he's the one that's clean-shaven with the short hair;

21  is that right?

22  A      Yes.

23  Q      Okay.  Anybody else?

24  A      Yeah.

25  Q      Who?

1    A    Spud.

2    Q    Spud.  Which one's Spud?

3    A    The dark skin with the hat on his head.

4    Q    With his -- with his left hand up by his ear, that guy?

5    A    Yeah.

6    Q    Okay.  Anybody else?

7    A    No.

8    Q    All right.  So those people that you mentioned, Smurf,

9    Hurt -- we'll leave Paris out for a minute.  Smurf, Hurt,

10   Trig and Spud, were they members of HATE Committee?

11   A    Yes.

12   Q    What about Paris?

13   A    Yes.

14   Q    She was a member of HATE Committee, too?

15   A    Yes.

16   Q    So this is the Enforcement crew?

17   A    Uh-huh.

18   Q    So what kind of -- you said it was a clean-up crew.

19   What kind of messes would HATE Committee clean up?

20   A    Like, folks telling.

21   Q    When you say with, like, folks telling, telling who?

22   A    Like what I'm doing.

23   Q    So telling the police?

24   A    Yeah.

25   Q    Because was there a rule in the Gangster Disciples about

1  talking to the police?

2  A    Yes.

3  Q    What was that rule?

4  A    You don't do it.

5  Q    Let me ask you, Government's Exhibit 398, the one that's

6  on the screen, is that everybody who is in HATE Committee or

7  ever in HATE Committee or are there other people?

8  A    It's other people.

9  Q    So Smurf asked you if you wanted to be one of the first

10 members of HATE Committee.

11      Did you learn how HATE Committee was formed?

12 A    Yes.

13 Q    What did you learn?

14 A    It was Enforcers and Security.

15 Q    So that's Enforcement and Security.

16      So how did HATE Committee start?

17 A    They got approved.

18 Q    Say that again?

19 A    They got approved.

20 Q    It had approval or it had to prove?

21 A    It had to get approval.

22 Q    It had to get approved.

23      Who approved HATE Committee?

24 A    I don't really know.

25 Q    So how do you know it had to be approved by someone?

 1   A    That's just something I knew.

 2   Q    Well, as a member of the Gangster Disciples, and as a

 3   member of HATE Committee, was there a discussion about the

 4   history of the Gangster Disciples?

 5   A    (No response.)

 6   Q    Who is the Chairman of the Gangster Disciples?

 7   A    The Chairman?

 8   Q    Yeah.  Did you ever hear that term, "the Chairman"?

 9   A    Yeah.

10   Q    Who's that?

11   A    Larry Hoover.

12   Q    How did you learn that Larry Hoover was the Chairman of

13   the Gangster Disciples?

14   A    Lit class.

15   Q    Who did?

16   A    Lit class.

17   Q    Lit class.

18        So you had to go to literature class; is that right?

19   A    Yes.

20   Q    What happens in lit class?

21   A    You learn your history and all that.

22   Q    Because history is important to the Gangster Disciples?

23   A    Yes.

24   Q    So have you ever heard the term "Board Member"?

25   A    Yes.

1    Q    Who are the Board Members?  Where do they -- what

2    position do they hold?

3    A    I don't really know.

4    Q    Well, where do they fit underneath the Chairman?

5    A    I guess right under.

6    Q    Is there -- who's the leader of the state of Georgia?

7    A    Spike.

8    Q    And what position did Spike hold?

9    A    The Gov.

10   Q    And what did you understand that the Gov did for the

11   state of Georgia?

12   A    He was just over the whole state of Georgia.

13   Q    And so would that include -- I understand that Smurf was

14   the First C of the HATE Committee, but would that be above

15   Smurf, the Governor of Georgia, or below Smurf, as the

16   Governor of Georgia?

17   A    Above.

18   Q    And what about K.K.?  You said K.K. was the Chief

19   Enforcer of the state of Georgia.  Is that above Smurf, as

20   First C, or below Smurf, as First C?

21   A    Above.

22         MS. DAMMERS:  Ms. Etienne, is Government's

23   Exhibit 793 in evidence?  No?

24         How about 791?

25   BY MS. DAMMERS:

# Exhibit A-3

```
 1                  UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF GEORGIA
 2                        ATLANTA DIVISION

 3
    UNITED STATES OF AMERICA,          )
 4                                     )
           Plaintiff,                  )        Case Number
 5                                     )
                v.                     )    1:16-cr-145-TWT-JKL
 6                                     )
    ALONZO WALTON, KEVIN CLAYTON,      )
 7  DONALD GLASS, PERRY GREEN, VANCITO )
    GUMBS, and ANTARIOUS CALDWELL,     )
 8                                     )
           Defendants.                 )
 9  _____)

10

11

12          Transcript of the jury trial before the

13       Honorable Judge Thomas W. Thrash, Jr., Chief Judge

14                  May 2, 2019; 9:34 a.m.

15                     Atlanta, Georgia

16

17

18

19

20  (Appearances on page two.)

21

22       Proceedings recorded by mechanical stenography,
    transcript produced by computer.
23  _____

24          Diane Peede, RMR, CRR, CRC
              Federal Official Court Reporter
25          75 Ted Turner Drive, SW, Suite 2194
               Atlanta, Georgia  30303-3309
```

```
 1   Appearances:

 2   For the Plaintiff:      KIM DAMMERS
                             RYAN BUCHANAN
 3                           ERIN SPRITZER
                             Assistant U.S. Attorneys
 4                           United States Courthouse
                             75 Ted Turner Drive, SW, Suite 600
 5                           Atlanta, Georgia  30303
     - and -
 6                           CONOR MULROE
                             Assistant U.S. Attorney
 7                           1301 New York Avenue, NW, Suite 700
                             Washington, D.C.  20002
 8

 9   For the Defendant
       Alonzo Walton:        JOHN LOVELL, ESQ.
10                           90F Glenda Trace, #427
                             Newnan, Georgia  30265
11
     For the Defendant
12     Kevin Clayton:        THOMAS C. WOOLDRIDGE, ESQ.
                             1230 Peachtree Street, NE, Suite 1900
13                           Atlanta, Georgia  30309

14   For the Defendant
       Donald Glass:         WILLIAM MORRISON, ESQ.
15                           50 Hurt Plaza, Suite 1110
                             Atlanta, Georgia  30303
16   - and -
                             ARTURO CORSO, ESQ.
17                           427 Green Street, NW
                             Gainesville, Georgia  30501
18
     For the Defendant
19     Perry Green:          AMANDA R. CLARK PALMER, ESQ.
                             3151 Maple Drive, NE
20                           Atlanta, Georgia  30305

21   For the Defendant
       Vancito Gumbs:        ROGER WILSON, ESQ.
22                           1100 Peachtree Street, NE, Suite 200
                             Atlanta, Georgia  30309
23
     For the Defendant
24     Antarious Caldwell:   DENNIS O'BRIEN, ESQ.
                             22 West Court Square, Suite C-3
25                           Newnan, Georgia  30263
```

Index of transcript

                                                     Page

Preliminary matters . . . . . . . . . . . . . . . .    4


                      Donte Starks
Direct by Ms. Spritzer. . . . . . . . . . . . . . .    7
Cross by Mr. Wilson . . . . . . . . . . . . . . .     11


                    Emmanuel Mitchell
Direct by Ms. Spritzer. . . . . . . . . . . . . . .   26
Cross by Mr. Lovell . . . . . . . . . . . . . . .     65
Cross by Mr. Wilson . . . . . . . . . . . . . . .     91
Cross by Mr. Wooldridge . . . . . . . . . . . . .     93
Cross by Mr. O'Brien. . . . . . . . . . . . . . .    105
Cross by Mr. Corso . . . . . . . . . . . . . . .     113
Redirect by Ms. Spritzer. . . . . . . . . . . . .    114
Recross by Mr. Wooldridge . . . . . . . . . . . .    119


                      Chris Tappan
Direct by Mr. Buchanan. . . . . . . . . . . . . .    123


                    Quantine Wilson
Direct by Mr. Mulroe. . . . . . . . . . . . . . .    126
Cross by Mr. Morrison . . . . . . . . . . . . . .    143
Cross by Mr. Wooldridge . . . . . . . . . . . . .    169
Redirect by Mr. Mulroe. . . . . . . . . . . . . .    170


                    Kellie Moffett
Direct by Mr. Buchanan. . . . . . . . . . . . . .    176
Cross by Mr. Morrison . . . . . . . . . . . . . .    187
Redirect by Mr. Buchanan. . . . . . . . . . . . .    214
Recross by Mr. Morrison . . . . . . . . . . . . .    216


                    Mariana Greene
Direct by Mr. Mulroe. . . . . . . . . . . . . . .    217
Cross by Mr. Corso. . . . . . . . . . . . . . . .    244
Redirect by Mr. Mulroe. . . . . . . . . . . . . .    272
Recross by Mr. Corso. . . . . . . . . . . . . . .    276


                   - - - - - - - -

1   A    Growth and Development.

2   Q    Does that go by any other --

3   A    The Gangster Disciples.

4   Q    Are you currently a member?

5   A    No, I'm not.

6   Q    Can you walk away from your membership in the Gangster

7   Disciples?

8   A    No, you cannot.

9   Q    Why not?

10  A    I mean, it's said that you can, but it's basically blood

11  in and blood out.

12  Q    How old were you when you joined the Gangster Disciples?

13  A    Well, where I'm from, you don't join.  It's like -- in

14  my neighborhood, if I wasn't G.D., my mama couldn't walk down

15  the street.  You know what I mean?

16       So it's like -- I guess when I first started hanging

17  around guys, I was maybe eight, nine years old, maybe ten.

18  Q    So you were eight or nine, maybe ten, when you first

19  started hanging around other Gangster Disciple members?

20  A    Right.

21  Q    Was there ever an initiation process?

22  A    Yeah.  I was eleven.

23  Q    What happened when you were eleven?

24  A    I got jumped in.

25  Q    What does jumped in mean?

1    A      There are about six guys, see if you know how to fight,

2    and they fight you for like six minutes.

3    Q      How old were the guys who fought you?  Were they your

4    age or older?

5    A      Older.  A couple of them my age.

6    Q      And you said fight for six minutes --

7    A      Yeah.

8    Q      -- with six guys?

9    A      Yeah.  Two minutes then break, two minutes then break,

10   then two minutes, you know.

11   Q      Is the number six significant to the Gangster Disciples?

12   A      Yes.  We have a six-point star that's our insignia, and

13   each points of the star represent something.

14   Q      What do those six points represent?

15   A      Love, life, loyalty, knowledge, wisdom, and

16   understanding.

17   Q      Were you a member of a count in Chicago?

18   A      Yes.

19   Q      What is a count?

20   A      A count is -- depending on where you live.  I mean,

21   there's a certain amount of people in the organization in

22   your area, and you might be a count -- you be on count in

23   that area.  Or in the prison system, you might be on a count

24   in that prison.

25          It's just a number of people in the organization.

1    Q    So is it a group within the larger organization?

2    A    Yes.

3    Q    Was someone the head of your count?

4    A    Which time?

5    Q    When you initially joined in Chicago.

6    A    Yes.   There's always guys in leadership positions.

7    Q    What is the leader of a count called?

8    A    An Area Coordinator.

9    Q    Are you familiar with the term "position of authority,"

10   or P.O.A.?

11   A    Yes, I am.

12   Q    What does that mean?

13   A    It means you a person who can call shots, or who can

14   make decisions, for the area of the prison or the group.

15   Q    How are the Gangster Disciples in Chicago structured?

16   A    What do you mean?

17           MR. CORSO:   Objection, Your Honor.   403.   This is

18   cumulative of other witnesses and nothing new or relevant

19   here.

20           THE COURT:   Overruled.

21   BY MS. SPRITZER:

22   Q    What was the structure like of the organization when you

23   were in Chicago?

24   A    What do you mean, what was it like?

25   Q    Were there -- is there a Chairman of the Gangster

1    Disciples?

2    A    Yes, there's a Chairman.

3    Q    Who is the Chairman?

4    A    The Honorable Chairman is Larry Hoover.

5    Q    You said "honorable."

6         Why is that?

7    A    Because he's -- I mean, the buck stops there, with him.

8    Q    Who's under the Chairman?

9    A    There's a Co-Chairman.

10   Q    Who's the Co-Chairman?

11   A    Melvin Head.  He's in Chicago, though.

12   Q    Who's below the Chairman and the person you just

13   mentioned?

14   A    Well there's the Chairman.  Then there's the Executive

15   Staff.  And there's Governors of each state.  There's Area

16   Coordinators.  There's Regents.  You know what I mean?

17        It's, like, Chairman, Executive Staff, Governors,

18   Regents, Governor-of-Governors.  It's --

19   Q    Is there a Board of Directors?

20   A    Of course.

21   Q    Where does that fall in the structure you just

22   mentioned?

23   A    In the prison system or on the street?

24   Q    On the street.

25   A    On the street.

```
 1        Board of Directors would be Governors, Area
 2   Coordinators, Regents, things of that nature.  Chiefs of
 3   Security.  I mean, there's so many different positions of
 4   authorities.  But, you know, it's like a maze.
 5   Q    Has that structure changed from the time you joined
 6   until now?
 7   A    No.
 8   Q    No.
 9   A    I mean, when you say "changed," do you mean different
10   people or --
11   Q    Different people and -- yes, different people.
12   A    Of course, it changes.
13   Q    Did there come a time when you moved to Georgia?
14   A    Yes.
15   Q    What year was that?
16   A    '96.
17   Q    How old were you in '96, approximately?
18   A    25, 26.
19   Q    Had you been to Georgia before moving here?
20   A    Yes.  I came down here in '92.
21   Q    For what?
22   A    Freaknik.
23   Q    Is that a --
24   A    Freaknik.  It's a little college thing that they have
25   here during spring break.
```

# Exhibit A-4

1          UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF GEORGIA
2                ATLANTA DIVISION

3

UNITED STATES OF AMERICA,            )
4                                     )
        Plaintiff,                    )          Case Number
5                                     )
             v.                       )     1:16-cr-145-TWT-JKL
6                                     )
ALONZO WALTON, KEVIN CLAYTON,        )
7  DONALD GLASS, PERRY GREEN, VANCITO )
   GUMBS, and ANTARIOUS CALDWELL,     )
8                                     )
        Defendants.                   )
9  _____)

10

11

12        Transcript of the jury trial before the

13     Honorable Judge Thomas W. Thrash, Jr., Chief Judge

14             May 7, 2019; 9:32 a.m.

15                 Atlanta, Georgia

16

17

18

19

20  (Appearances on page two.)

21

        Proceedings recorded by mechanical stenography,
22  transcript produced by computer.
    _____

23
                Diane Peede, RMR, CRR, CRC
24              Federal Official Court Reporter
              75 Ted Turner Drive, SW, Suite 2194
25               Atlanta, Georgia  30303-3309

```
 1    Appearances:

 2    For the Plaintiff:      KIM DAMMERS
                              RYAN BUCHANAN
 3                            ERIN SPRITZER
                              Assistant U.S. Attorneys
 4                            United States Courthouse
                              75 Ted Turner Drive, SW, Suite 600
 5                            Atlanta, Georgia  30303
      - and -
 6                            CONOR MULROE
                              Assistant U.S. Attorney
 7                            1301 New York Avenue, NW, Suite 700
                              Washington, D.C.  20002
 8

 9    For the Defendant
        Alonzo Walton:        JOHN LOVELL, ESQ.
10                            90F Glenda Trace, #427
                              Newnan, Georgia  30265
11
      For the Defendant
12      Kevin Clayton:        THOMAS C. WOOLDRIDGE, ESQ.
                              1230 Peachtree Street, NE, Suite 1900
13                            Atlanta, Georgia  30309

14    For the Defendant
        Donald Glass:         WILLIAM MORRISON, ESQ.
15                            50 Hurt Plaza, Suite 1110
                              Atlanta, Georgia  30303
16    - and -
                              ARTURO CORSO, ESQ.
17                            427 Green Street, NW
                              Gainesville, Georgia  30501
18
      For the Defendant
19      Perry Green:          AMANDA R. CLARK PALMER, ESQ.
                              3151 Maple Drive, NE
20                            Atlanta, Georgia  30305

21    For the Defendant
        Vancito Gumbs:        ROGER WILSON, ESQ.
22                            1100 Peachtree Street, NE, Suite 200
                              Atlanta, Georgia  30309
23
      For the Defendant
24      Antarious Caldwell:   DENNIS O'BRIEN, ESQ.
                              22 West Court Square, Suite C-3
25                            Newnan, Georgia  30263
```

Index of transcript

Page

### Lateef Johnson

Direct by Mr. Buchanan. . . . . . . . . . . . . 5
Cross by Mr. Wilson . . . . . . . . . . . . . 12
Cross by Mr. Wooldridge . . . . . . . . . . . 16
Redirect by Mr. Buchanan. . . . . . . . . . . 16
Recross by Mr. Wilson . . . . . . . . . . . . 18


### Willis Reed

Direct by Ms. Spritzer. . . . . . . . . . . . 19
Cross by Mr. Lovell . . . . . . . . . . . . . 24
Redirect by Ms. Spritzer. . . . . . . . . . . 27


### Charles Cook

Direct by Ms. Spritzer. . . . . . . . . . . . 28
Cross by Mr. Lovell . . . . . . . . . . . . . 35


### Markell White

Direct by Mr. Buchanan. . . . . . . . . . . . 38
Cross by Mr. Lovell . . . . . . . . . . . . .139
Cross by Mr. Wilson . . . . . . . . . . . . .187
Cross by Mr. Morrison . . . . . . . . . . . .190
Redirect by Mr. Buchanan. . . . . . . . . . .199
Recross by Mr. Lovell . . . . . . . . . . . .211

- - - - - - - -

1             (Jury present at 10:17 a.m.)

2             THE COURT:  All right.  Mr. Buchanan, call your

3     next witness.

4             MR. BUCHANAN:  Your Honor, the United States calls

5     Markell White.

6             THE COURTROOM DEPUTY:  Mr. White, if you will raise

7     your right hand, please.

8             Do you solemnly swear that the testimony you are

9     about to give in the cause before this Court shall be the

10    truth, the whole truth, and nothing but the truth, so help

11    you God?

12            MR. WHITE:  Yes, ma'am.

13            MARKELL WHITE, PLAINTIFF'S WITNESS, SWORN

14            THE COURTROOM DEPUTY:  Please state your name for

15    the record.

16            THE WITNESS:  Markell White.

17            THE COURTROOM DEPUTY:  Thank you.

18                        DIRECT EXAMINATION

19    BY MR. BUCHANAN:

20    Q    Mr. White, I think we'll be okay, but I would ask you to

21    pull that microphone close to you and speak into it so we can

22    hear you.  It can be difficult in this big courtroom.

23         Mr. White, you are currently incarcerated; is that

24    right?

25    A    Yes, sir.

```
 1   Q     And you were at one time a defendant in this case?

 2   A     Yes, sir.

 3   Q     And you decided to enter a plea of guilty?

 4   A     Yes, sir, I did.

 5   Q     And you are currently awaiting sentencing, correct?

 6            MR. WOOLDRIDGE:   Object to the leading, Your Honor.

 7            THE COURT:   Overruled.

 8   A     Yes, sir.

 9            THE COURT:   Foundational, preliminary.

10   BY MR. BUCHANAN:

11   Q     And, Mr. White, you have a Plea Agreement with the

12   United States?

13   A     Yes, sir, I do.

14   Q     Does that Plea Agreement have any value if you don't

15   tell the truth today?

16   A     I didn't understand the question.

17   Q     Does the Plea Agreement require you to tell the truth

18   today?

19   A     Yes, it does.

20   Q     Mr. White, the case that you were indicted in involves

21   the Gangster Disciples, right?

22   A     Yes, sir.

23   Q     Have you ever been a member of the Gangster Disciples?

24   A     Yes, sir, I have.

25   Q     Mr. White, how old are you right now?
```

1   A      Forty-six.

2   Q      And how old were you when you became a member of the

3   Gangster Disciples?

4   A      Around 12 or 13 years old.

5   Q      And where did you grow up?

6   A      From St. Louis to Macon, Georgia and around the Atlanta

7   area.

8   Q      And where were you living when you became a member of

9   the Gangster Disciples?

10  A      St. Louis, Missouri.

11  Q      And eventually, you came to Georgia?

12  A      Yes, sir.

13  Q      And when you came to Georgia, you associated with the

14  Gangster Disciples in Georgia?

15  A      Yes, sir.

16  Q      Mr. White, how did you become a member of the Gangster

17  Disciples?

18  A      It kind of happened overnight.  The guys used to look

19  out for me, and they kind of asked me to join, and I signed

20  up for it.

21  Q      Now, what do you mean they used to look out for you?

22  A      Give me money, make sure nobody mess with me, stuff like

23  that.

24  Q      Did you grow up in a part of St. Louis where you would

25  have needed some protection?

1  A    Yes, sir.

2  Q    And these guys who offered this protection for you, were

3  they older or around your age?

4  A    They were much older.

5  Q    Approximately how much older than you were they?

6  A    Probably ten -- anywhere from ten to fifteen years

7  older.

8  Q    They were ten to fifteen years older than you?

9  A    Older than I was, yes, sir.

10  Q    So at the time when you were ten or eleven, these were

11  men who were roughly --

12  A    Twenty-four or 25.

13  Q    And so they offered you some protection in the

14  neighborhood?

15  A    Yes, sir.

16  Q    And I believe you said they gave you some money?

17  A    Yeah.  They used to look out for me.  We didn't have

18  much growing up, so they used to give me money, told me if

19  anybody messed with me that they would take care of it.

20  Q    And so at some point, you became a member?

21  A    Yes, sir, I did.

22  Q    And how did that happen?

23  A    They used to call this thing called walking the line of

24  fire.  Well, other were jumping them in.  You may have heard

25  that definition of it.

1        So they used to make a line.  We had to walk between six

2   guys.  Had to fight those six guys all the way through the

3   line.

4   Q    And so these guys that you were fighting, how old were

5   they?

6   A    Old guys were teenagers, 17, 18.

7   Q    17, 18, but I believe you were around eleven?

8   A    12, 13, somewhere around there.

9   Q    So they were older than you, too?

10  A    Yes.

11  Q    And when you walked through and you fought these guys,

12  was it a real fight, or was it a play fight?

13  A    It was a real fight.

14  Q    And so these six older guys would fight you for how

15  long?

16  A    Six minutes.

17  Q    And this took place in St. Louis?

18  A    Yes.

19  Q    And at the end of that fight with those six older guys,

20  were you a member of the Gangster Disciples?

21  A    Yes, sir, I was.

22  Q    And do you know the purpose of that initiation?

23  A    To see how tough you were.

24  Q    And was -- was toughness a requirement for being a

25  Gangster Disciple?

1   A    Back then, it was.

2   Q    And why was that?

3   A    I guess they didn't want anybody to call a punk or

4   anybody who was soft, whatever the case was.  But you had to

5   be tough back then.

6   Q    Even if you were twelve years old, you had to be tough?

7   A    Yes, sir.

8   Q    Mr. White, have you ever heard the term "deck" or

9   "count"?

10  A    Yes, sir.

11  Q    What's a deck?

12  A    Like a city, a city that's -- the Gangster Disciples,

13  that's on count.  The number of Gangster Disciples on count

14  in one city.

15  Q    For other organizations, is it kind of like a chapter?

16  A    Nah, I wouldn't want to say that.  Like I said, it's

17  just the number of Gangster Disciples that are on count in

18  each city.

19  Q    And so were you on count in St. Louis?

20  A    No.

21  Q    You were not on count in St. Louis?

22  A    No.

23  Q    At what point did you come to Georgia?

24  A    Around 12 -- around 13, 14 years old.

25  Q    So you became a Gangster Disciple in St. Louis?

1    A    Yes.

2    Q    Then you moved to Georgia?

3    A    Yes.  It wasn't a requirement back then that you be on

4    count back then.

5    Q    Okay.  And so eventually, when you came to Georgia, what

6    part of Georgia did you come to?

7    A    Macon, Georgia.

8    Q    And when you got to Macon as a 12- or 13-year-old, did

9    you associate with the Gangster Disciples?

10   A    Off and on.  It really wasn't that many.  And as I got

11   older, you know, we started reaching out to each other in

12   other cities.  So eventually we communicated with Birmingham,

13   Alabama the most.

14        There really wasn't any Gangster Disciples in Georgia

15   except Macon until I got older.

16   Q    So now we're talking about when you're 12 or 13 years

17   old.  So this is, roughly, 30 years ago?

18   A    Yes.  A little longer than that.

19   Q    And do you understand what the term "plugged in" means?

20   A    Yes, sir.

21   Q    And what does that mean?

22   A    That you're an official Gangster Disciple member.

23   Q    And when you arrived in Macon as a 13-year-old, were the

24   Macon Gangster Disciples plugged in?

25   A    No.

1   Q     And did there come a point at which the Macon Gangster
2   Disciples got plugged in?
3   A     Yes, sir.
4   Q     And, roughly, when was that?
5   A     2013.
6   Q     So that was a number of years later?
7   A     Yes, sir, it was.
8   Q     Please tell the jury how the Macon Gangster Disciples
9   got plugged in.
10  A     Well, roughly, through hearing about -- I guess they
11  read about Macon, and Kevin Clayton reached out to me and
12  told me that I need to holler there to a guy called Spike,
13  which I didn't know at the time.  So I ended up doing that.
14  And he walked us through what we need to do.
15  Q     You said Kevin Clayton reached out to you.  Did you know
16  him by anything else?
17  A     K.K.
18  Q     And do you know how he reached out to you?
19  A     Through Facebook and a friend of mine -- a mutual friend
20  of ours called D-Lo.
21  Q     And was communicating by Facebook, was that a common
22  form of communication back then?
23  A     Yes, sir.
24  Q     In, roughly, 2013, who was leading the Macon Gangster
25  Disciples?

1   A    Me.  I was.

2   Q    And what was your position?

3   A    The First C.

4   Q    And First C, is that a P.O.A.?

5   A    Yes.  Coordinator, First Coordinator.

6   Q    What's a P.O.A.?

7   A    Position of Authority.

8   Q    And when K.K. reached out to you about the Macon

9   Gangster Disciples plugging in, were you interested in that?

10  A    Not really.

11  Q    Why not?

12  A    I was kind of used to how it was going by the old way.

13  I wasn't interested in nothing new.

14  Q    And how was it going the old way?

15  A    You really didn't have to follow any rules.  You know, I

16  knew if we were plugged in, we'd have to follow rules and

17  stuff like that.

18  Q    Were there particular rules that you really didn't want

19  to follow?

20  A    Yes.

21  Q    And which ones were those?

22  A    Just being associated with people I really didn't know,

23  you know.  I mean, it was kind of different in Macon.  All of

24  us was kind of like -- we were real friends.  But, you know,

25  just going out, venturing, being with someone else that I

1    really don't know, you know -- most of the guys I've been in

2    prison with in Macon.  And it's just new guys, and I just

3    didn't want to go that route.

4    Q    And so you mentioned that you had spent some time in

5    prison?

6    A    Yes.

7    Q    And this is prior to 2013?

8    A    Yes, sir.

9    Q    And while you were in prison, did you associate with the

10   Gangster Disciples?

11   A    Yes, sir.

12   Q    And was there a structure to the Gangster Disciples in

13   prison?

14   A    Yes, sir.

15   Q    And were you familiar with that structure?

16   A    Yes, sir, I was.

17   Q    Were there Gangster Disciples P.O.A.'s for that prison?

18   A    Yes.

19   Q    And were you familiar with those?

20   A    Yes, sir.

21   Q    And so when you got out -- did you make contact with the

22   Gangster Disciples once you got out of prison?

23   A    Just the ones in Macon.

24   Q    And those were people that you had known for a long

25   time?

1   A    Yes, basically all my life.

2   Q    Now, after K.K. reached out and asked you to plug in,

3   asked the Macon Gangster Disciples to plug in, did you go to

4   a meeting about it?

5   A    Yes, sir, I did.

6   Q    Mr. White, what is a nine?

7   A    A meeting.

8   Q    A meeting?

9   A    A meeting, yes, sir.

10  Q    And were you invited to a nine after K.K. reached out to

11  you about plugging in?

12  A    Yes, sir, I was.

13  Q    And did you go?

14  A    Yes.

15  Q    And do you remember who was there?

16  A    Yes, sir.

17  Q    And who all was there?

18  A    Spike, K.K., Izzy, Iz, myself, Vert, Johnny Chappell.

19  Those, for me, are the faces I can remember offhand.  There

20  was a bunch of other guys, but I didn't know them.

21  Q    And were all these people that you just mentioned

22  Gangster Disciples?

23  A    Yes, sir.

24  Q    Now, Mr. White, a second ago, you said that you weren't

25  interested in plugging in; is that right?

1    A    Yes, sir.

2    Q    Why didn't you just tell K.K., We're fine down here in

3    Macon; we don't want to plug in?

4    A    Because it kind of was a must, you know.  It was like a

5    plug in, a plug out thing.  And it probably would have caused

6    a war that Macon wasn't ready for.  So I kind of just eased

7    it around, just told everybody, Let's just try this.

8    Q    So there was pressure to plug in?

9    A    Yeah.

10   Q    Now, at this nine that you went to with the people you

11   just mentioned, did anyone speak for the group?

12   A    Yes, sir.

13   Q    And who spoke for the group?

14   A    Spike did.

15   Q    Do you remember what he said?

16   A    Just the usual stuff, you know.  Introduced us.  Someone

17   else opened and closed the meeting.  That was basically it,

18   you know.  He just wanted us to see how it was ran -- how it

19   was supposed to be ran, rather.

20   Q    Was there structure to that meeting?

21   A    Yes, sir.

22   Q    And you mentioned opened and closed.  What does that

23   mean?

24   A    The way to open a meeting properly, the way to close it

25   properly.

1    Q    What's the proper way to open a meeting?

2    A    With the creed, like half of the creed, and you stop in

3    the middle.  Everybody say what they have to say.  Get ready

4    to close.  That would be the rest of it.

5    Q    And is there -- in addition to a creed, is there an oath

6    as well?

7    A    No, not at that one.

8    Q    In the Gangster Disciples literature, is there an oath?

9    A    Yes, sir, there is.

10   Q    Had you met Spike before?

11   A    No.

12   Q    That was the first time you met him?

13   A    Yes, sir.

14   Q    What, if anything, did he say about Macon plugging in?

15   A    He just was like, I'm glad they got on board.  That was

16   basically it.

17   Q    And after that meeting, did your impression about

18   plugging in change?

19   A    Just a little.

20   Q    And what did you do with respect to plugging in?

21   A    I went and talked it over with the guys in Macon, and we

22   set up a date.  Spike and a couple of guys came down, plugged

23   us in, and we started from there.

24   Q    And when they came down to plug you in, what -- what

25   does that mean?  How did that happen?  What happened?

1    A    Basically, they came down and stamped us, approved us,

2    let everybody know that, Okay.  We're official now, and this

3    is who y'all need to go see if y'all have a problem,

4    whatever.  You just talk it over with y'all First C.  Which

5    that's what I was.  We appointed staff, and that was it.

6    Q    Now who stamped, or approved, Macon being plugged in?

7    A    Spike did.

8    Q    And did he have the ability to do that?

9    A    Yes, sir.

10   Q    And how did he have the ability to do that?

11   A    He was the Governor of Georgia.

12   Q    And what is the -- the Governor of Georgia, is there a

13   higher person in the state of Georgia?

14   A    No, there's not.

15   Q    Earlier, you talked about plugging in and plugging out

16   or there might have been war?

17   A    Yeah, I think so.

18   Q    And what does a war mean?

19   A    When two different groups of people at each others'

20   throat trying to kill each other, trying to fight each other,

21   whatever -- whatever the case may be.

22   Q    So you didn't want that?

23   A    Nah.

24   Q    I believe you said that there were fewer of you in

25   Macon.

1    So that would have been tough with the numbers that were

2  in Atlanta?

3  A    Yeah.  We would have never win.

4  Q    When you plugged in, did you start have to paying dues?

5  A    Yes, sir, we did.

6  Q    To whom did those dues go?

7  A    Some of them were kept in what they call a poor box for

8  the Macon, Georgia, area.  Some of them were sent up to

9  Atlanta for the state box for whatever use they did for it.

10  I really don't know that answer.

11    But we had to send it up, like, on a monthly basis.

12  Q    And during this time when Macon was plugged in or

13  getting plugged in, did you have the occasion to speak with

14  Spike on the phone?

15  A    Yes, I did.

16  Q    And at some point after Macon was plugged in, was there

17  another meeting?

18  A    Yes, there was.

19  Q    Are you familiar with the Rosa Jackson Center in Macon?

20  A    Yes, sir.

21  Q    What kind of building is that?

22  A    It's a recreation center for kids.

23  Q    And did you have a Gangster Disciples meeting at the

24  Rosa Jackson Center?

25  A    Yes, sir, we did.

1    Q    Did someone rent it?

2    A    Yes, sir.

3    Q    And who rented it?

4    A    Johnny Chappell.

5    Q    And why didn't you just have it at someone's house?

6    A    Security wouldn't have been appropriate enough.  So just

7    wanted to have it somewhere where we knew that nothing would

8    cause any interruptions or anything like that.  We just

9    didn't want to have anything go wrong.  So we had it there.

10   Q    And Johnny Chappell, you said, rented?

11   A    Uh-huh.

12   Q    Is he a Gangster Disciple?

13   A    Yes, sir.

14   Q    Was he in Macon Count or up in Atlanta?

15   A    He was at Macon Count at this time.

16   Q    And so you mentioned security.

17        Why was that of interest for this meeting?

18   A    Because someone important was coming around.  So we

19   didn't want anything to go down, like, messed up or, you

20   know, any other rival gang members interfere with what we had

21   going on.  So security was provided.

22   Q    So you rented a rec center?

23   A    Yes, sir.

24   Q    And who important was coming?

25   A    Spike, K.K.

1  Q    Now, when you talk about security and securing these

2  important people who were coming, did you need guns for that?

3  A    Yes, sir.

4  Q    And so were there guns at the Rosa Jackson Center?

5  A    Yes, sir, there was.

6  Q    Guns at the children's rec center?

7  A    Yes, sir, there was.

8  Q    And did the Macon Gangster Disciples attend this

9  meeting?

10 A    Yes, sir.

11 Q    And who do you remember attending from Atlanta?

12 A    Spike, K.K., Smurf, Izzy.  It was a bunch of guys.  I

13 didn't remember the other guys, though.

14 Q    And do you remember who all attended from the Macon

15 Count?

16 A    Yes, sir.  For the most part, yes.

17 Q    And give us some of those names.

18 A    Myself, Vert, Johnny, Mark, Derrick.  There were, like,

19 around ten or 15 of us.  There wasn't that many.  I can't

20 remember, but it was around ten or 15 of us.

21 Q    Roughly, at this point, how many Gangster Disciples were

22 there in Macon?

23 A    Willing to get on count, there was, like, between ten

24 and 15 of us just willing to get on count.  The other ones,

25 they kind of, like, disbursed, kind of went on their own way.

1    Q    There were others in Macon, but only that select number
2    who were willing to get on count at the time?
3    A    Yes, sir.
4    Q    And was this a nine?
5    A    Somewhat.  Kind of, like, introduction to nine, to
6    introduce them, saying what -- kind of approval of the city
7    being on count.
8    Q    And did Spike give any words at that meeting?
9    A    Yes, sir.
10   Q    Do you remember any of that?
11   A    Kind of told everybody there that they had to go through
12   me because I was the First C.  And that whatever question
13   they had, they can direct them straight to me, and we were
14   good now.  We were on count.
15   Q    Did he relay any of the rules or anything like that?
16   A    No.  That was my job.
17   Q    Okay.  And did you communicate the rules to your guys,
18   to the Macon guys, at that meeting?
19   A    Yes, sir, I did.
20   Q    And you've mentioned earlier that a staff was set up?
21   A    Yes.
22   Q    Who were some of those folks who were on your staff as
23   the leader of the Macon Gangster Disciples?
24   A    Myself, Johnny, Vert, Derrick, Big Mark, Blueprint.
25        I think that was it at that time.  Like I say, we didn't

```
 1    have too many guys until -- it was a little while later

 2    before the count was rebuilt into a larger group.

 3    Q    And what were some of those positions that you set up on

 4    the staff?

 5    A    I was what you call the First C.  Vert was the Second C.

 6    Johnny was the Treasurer.  Blueprint was the Lit Coordinator.

 7    Q    What do you mean, "lit"?  What does that mean?

 8    A    Literature, things that we had to learn, and things that

 9    we had to know.  The rules and the regulations.

10    Q    Now, let me ask you to take one step back.

11         There were things that you had to learn?

12    A    Uh-huh.

13    Q    Was this similar or the same as some of the stuff you

14    learned in St. Louis?

15    A    The same stuff.

16    Q    So the stuff you learned as a twelve year old in

17    St. Louis is similar to the stuff that was talked about as a

18    30-year-old or so in Macon?

19    A    The same stuff.

20    Q    Now, do you know -- you mentioned the Second C was a

21    person you called Vert?

22    A    Yes, sir.

23    Q    Do you know his real name?

24    A    Vertuies Walls.

25    Q    And is -- Vert Wall, is he a defendant in this case?
```

1           (Government's Exhibit 654 played.  Government's

2    Exhibit 654T is the corresponding transcript.)

3    BY MR. BUCHANAN:

4    Q    Who's speaking right now, Mr. White?

5    A    Spike.

6           (Government's Exhibit 654 played.  Government's Exhibit

7    654T is the corresponding transcript.)

8    BY MR. BUCHANAN:

9    Q    And who's speaking right now, Mr. White?

10   A    Spike.

11          (Government's Exhibit 654 played.  Government's Exhibit

12   654T is the corresponding transcript.)

13   BY MR. BUCHANAN:

14   Q    Mr. White, there's some terms in there.

15        Are you familiar with the term "The Old Man"?

16   A    Yes, sir.

17   Q    And who is The Old Man?

18   A    Larry Hoover.

19   Q    And who is Larry Hoover?

20   A    The Chairman of the Gangster Disciples.

21   Q    And then there's also in that call, talk about something

22   going up top?

23   A    Yes, sir.

24   Q    And what does "up top" mean?

25   A    Chicago.

1    Q    Is Chicago significant to the Gangster Disciples?

2    A    Yes.

3    Q    And why?

4    A    Because it controls the whole movement.

5    Q    Where was Larry Hoover from?

6    A    He's from Mississippi, but he originated the Gangster

7    Disciples in Chicago.

8    Q    Mr. White, if you'll turn to 659, please.

9    A    Okay.

10            MR. BUCHANAN:  Ms. Etienne, 659.

11            (Government's Exhibit 659 played.  Government's

12    Exhibit 659T is the corresponding transcript.)

13    BY MR. BUCHANAN:

14    Q    Who's speaking in 659, Mr. White?

15    A    Spike.

16    Q    I want you to flip over to 661.

17    A    Okay.

18            MR. BUCHANAN:  661, please.

19            (Government's Exhibit 661 played.  Government's

20    Exhibit 661T is the corresponding transcript.)

21    BY MR. BUCHANAN:

22    Q    Mr. White, there's a reference to Hoover and his son.

23         Who is that Hoover?

24    A    Larry Hoover.

25    Q    Did Larry Hoover have a son?

1   A   Yes.

2   Q   There's a term here that says, Violate Number 13.

3       Do you know what that means?

4   A   Yes, sir.

5   Q   What does that mean?

6   A   Extortion.

7   Q   Is that a Gangster Disciples rule?

8   A   Yes.

9   Q   And what was the purpose of the Rick Ross video; do you

10  know?

11  A   Get him to pay money because he used the six-point star.

12  Q   And do you know whether or not he paid that money?

13  A   From my understanding, he did.

14  Q   Now, the Number 13, that rule about extortion --

15  A   Yes, sir.

16  Q   -- does that apply inside the gang or outside the gang?

17  A   Both.

18  Q   Over the course of your time in leadership with the

19  Gangster Disciples, did you attend meetings?

20  A   Yes, sir.

21  Q   Statewide meetings?

22  A   Yes, sir.

23  Q   Citywide meetings?

24  A   Both.

25  Q   And then local meetings, when you were in Macon?

# Exhibit A-5

```
 1                UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF GEORGIA
 2                      ATLANTA DIVISION

 3
    UNITED STATES OF AMERICA,          )
 4                                     )
           Plaintiff,                  )        Case Number
 5                                     )
              v.                       )    1:16-cr-145-TWT-JKL
 6                                     )
    ALONZO WALTON, KEVIN CLAYTON,      )
 7  DONALD GLASS, PERRY GREEN, VANCITO )
    GUMBS, and ANTARIOUS CALDWELL,     )
 8                                     )
           Defendants.                 )
 9  _____)

10

11

12          Transcript of the jury trial before the

13      Honorable Judge Thomas W. Thrash, Jr., Chief Judge

14               April 18, 2019; 9:30 a.m.

15                    Atlanta, Georgia

16

17

18

19

20  (Appearances on page two.)

21

22      Proceedings recorded by mechanical stenography,
    transcript produced by computer.
23  _____

24          Diane Peede, RMR, CRR, CRC
              Federal Official Court Reporter
            75 Ted Turner Drive, SW, Suite 2194
25             Atlanta, Georgia  30303-3309
```

```
 1    Appearances:

 2    For the Plaintiff:        KIM DAMMERS
                                RYAN BUCHANAN
 3                              ERIN SPRITZER
                                Assistant U.S. Attorneys
 4                              United States Courthouse
                                75 Ted Turner Drive, SW, Suite 600
 5                              Atlanta, Georgia  30303
      - and -
 6                              CONOR MULROE
                                Assistant U.S. Attorney
 7                              1301 New York Avenue, NW, Suite 700
                                Washington, D.C.  20002
 8

 9    For the Defendant
        Alonzo Walton:         JOHN LOVELL, ESQ.
10                             90F Glenda Trace, #427
                               Newnan, Georgia  30265
11
      For the Defendant
12      Kevin Clayton:         THOMAS C. WOOLDRIDGE, ESQ.
                               1230 Peachtree Street, NE, Suite 1900
13                             Atlanta, Georgia  30309

14    For the Defendant
        Donald Glass:          WILLIAM MORRISON, ESQ.
15                             50 Hurt Plaza, Suite 1110
                               Atlanta, Georgia  30303
16    - and -
                               ARTURO CORSO, ESQ.
17                             427 Green Street, NW
                               Gainesville, Georgia  30501
18
      For the Defendant
19      Perry Green:           AMANDA R. CLARK PALMER, ESQ.
                               3151 Maple Drive, NE
20                             Atlanta, Georgia  30305

21    For the Defendant
        Vancito Gumbs:         ROGER WILSON, ESQ.
22                             1100 Peachtree Street, NE, Suite 200
                               Atlanta, Georgia  30309
23
      For the Defendant
24      Antarious Caldwell:    DENNIS O'BRIEN, ESQ.
                               22 West Court Square, Suite C-3
25                             Newnan, Georgia  30263
```

```
                        Index of transcript

                                                    Page

                        Keith McCain
Cross by Mr. Wilson. . . . . . . . . . . . . . 5
Cross by Mr. Wooldridge. . . . . . . . . . . . 44
Cross by Mr. Lovell. . . . . . . . . . . . . . 57
Cross by Mr. Corso . . . . . . . . . . . . . . 74
Cross by Mr. O'Brien . . . . . . . . . . . . .114
Redirect by Mr. Mulroe . . . . . . . . . . . .132
Recross by Mr. Wooldridge. . . . . . . . . . .148


                        William T. Parker
Direct by Ms. Spritzer . . . . . . . . . . . .150
Cross by Mr. Wooldridge. . . . . . . . . . . .165
Cross by Mr. Lovell. . . . . . . . . . . . . .166
Cross by Mr. Morrison. . . . . . . . . . . . .168


                        Jennifer Rikans
Direct by Mr. Buchanan . . . . . . . . . . . .171
Cross by Mr. Morrison. . . . . . . . . . . . .197
Cross by Mr. Wooldridge. . . . . . . . . . . .212


                        Kayla Easterwood
Direct by Ms. Spritzer . . . . . . . . . . . .213
Cross by Mr. Lovell. . . . . . . . . . . . . .224
Cross by Mr. Wooldridge. . . . . . . . . . . .232



                    - - - - - - - -
```

1   Q    And how did you get into that safe?

2   A    We had to enter it forcibly.

3   Q    Was this the safe that we talked about earlier?

4   A    Yes, ma'am.

5          MS. SPRITZER:  Your Honor, the next two exhibits

6   are firearms.  They have been made safe by the F.B.I. and

7   checked by the U.S. Marshals.

8          THE COURT:  All right.

9          MS. CLARK PALMER:  I object, Your Honor.  I think I

10  filed a motion before we started trial.

11         THE COURT:  The objection is overruled.

12  BY MS. SPRITZER:

13  Q    (Hands to the witness.)

14      I just handed you what has been previously marked as

15  Government Exhibit 339-OA52.  Do you recognize this?

16  A    Yes, ma'am.

17  Q    What is it?

18  A    This is the revolver that was seized as a result of the

19  search at Mr. Laster's home in Athens, Georgia.

20  Q    Where in the home was it found?

21  A    This was found there in the nightstand as shown there on

22  the video.

23         MS. SPRITZER:  Your Honor, I move to admit

24  Government's Exhibit 339-OA52.

25         MS. CLARK PALMER:  The same objection.

1           THE COURT:  It's admitted over objection.

2  BY MS. SPRITZER:

3  Q    Was there ammunition found with the firearm?

4  A    Yes.

5           MS. SPRITZER:  Permission to publish, Your Honor.

6           THE COURT:  All right.

7  BY MS. SPRITZER:

8  Q    (Hands to the witness.)

9  A    Thank you.

10  Q    Investigator Parker, I just handed you what has been

11  previously marked as Government Exhibit 340-OA52.  Do you

12  recognize it?

13  A    Yes, ma'am.

14  Q    What is it?

15  A    This is the semi-automatic handgun that was found as a

16  result of our search of Athens, and this gun being from the

17  safe.

18  Q    Is that the Smith & Wesson we saw in the video?

19  A    Yes, ma'am.

20           MS. SPRITZER:  Your Honor, I move to admit

21  Government's Exhibit 340-OA52 into evidence.

22           MS. CLARK PALMER:  Same objection.

23           THE COURT:  It's admitted over objection.

24           MS. SPRITZER:  Permission to publish?

25           THE COURT:  Yes, ma'am.

1    BY MS. SPRITZER:

2    Q    And before I walk up there, Mr. Parker, was there a

3    loaded magazine in the firearm?

4    A    Yes, ma'am.

5    BY MS. SPRITZER:

6    Q    (Hands to the witness.)

7         I just handed you what has been previously marked as

8    Government Exhibit 097-OA52, 098-OA52, 099-OA52, and

9    100-OA52.

10        Do you recognize these?  I'll give you a moment to look

11   through them.

12   A    Yes, ma'am.

13   Q    What are they?

14   A    They are copies of the documents seized as a result of

15   our search -- some of the documents seized as a result of our

16   search at 847 Mitchell Bridge Road there in Athens.

17   Q    Are they all true and accurate depictions of those items

18   seized during the search?

19   A    Yes, ma'am.

20        MS. SPRITZER:  Your Honor, I move to admit

21   Government Exhibits 097-OA52 through 100-OA52.

22        THE COURT:  They're admitted without objection.

23        MS. SPRITZER:  Ms. Etienne, could we please publish

24   097-OA52.

25   BY MS. SPRITZER:

1   Q    What is the symbol next to the word "composition"?

2   A    A six-pointed star with pitchforks.

3   Q    And could you please turn to the first page.  Could you

4   read the first sentence there, if you can read the

5   handwriting?

6   A    We, Brothers of the Struggle, pledge wholeheartedly our

7   love, life, and loyalty, having embraced the teachings of our

8   Honorable Chairman in the new concept of ideology and

9   organization.

10   Q    Thank you.  And this was found in the safe in the house;

11   is that correct?

12   A    Yes, ma'am.

13          MS. SPRITZER:  Could we please publish 098-OA52.

14   BY MS. SPRITZER:

15   Q    Could you please read the six words in quotes near the

16   six-pointed star?

17   A    Life, loyalty, knowledge, wisdom, understanding, or as

18   we see a portion of, and love.

19   Q    Could you please turn to page four.  And it says,

20   Members of the board incarcerated.  Do you see the names

21   Crusher, Don Smokey and Shorty G listed there?

22   A    Yes, ma'am.

23   Q    And to remind the jury, this was found in 2014, correct?

24   A    Yes, ma'am.

25   Q    And could we turn to the next page, please.  Who is

1    listed as the Chairman of the Board?

2    A    Larry Hoover.

3    Q    If we could go to page seven, please.

4         MS. SPRITZER:  I don't know if you all can see

5    this.

6    BY MS. SPRITZER:

7    Q    Investigator Parker, what does the top say?

8    A    17 Street Laws.

9    Q    Could you please read law number one?

10   A    Silence and secrecy.

11   Q    And could you read numbers eleven and number twelve?

12   A    Ms. Spritzer, would you like for me to read the entire

13   thing or just the --

14   Q    You can just read the title of it.

15   A    Okay.  Incidents, aid, and assistance.

16   Q    Thank you.

17        MS. SPRITZER:  Please publish 099-0A52.

18        If we could please turn to page two.

19   BY MS. SPRITZER:

20   Q    And what does it say on the top two lines, Investigator

21   Parker?

22   A    It starts with laws, and then 17 laws, and if you're

23   referring then to the numbers one and two, silence of secrecy

24   and drugs.

25   Q    Thank you.

1           MS. SPRITZER:  Ms. Etienne, could we please publish

2 Government Exhibit 100-OA52.

3 BY MS. SPRITZER:

4 Q    And on this first page right here, what does it say on

5 that photograph?

6 A    Larry Hoover.

7           MS. SPRITZER:  Could we please turn to page four of

8 this exhibit?

9 BY MS. SPRITZER:

10 Q    And what are we looking at here?

11 A    It's just a piece of documentation that I placed with

12 the evidence showing occupancy -- in my opinion, occupancy of

13 the room of the home by Mr. Chyrese Laster.

14 Q    And Chyrese Laster also is known as Tron?

15 A    Yes, ma'am.  Chyrese Latron Laster.

16 Q    I just handed you what has previously been marked as

17 Government Exhibit 101-OA52 and Government Exhibit 102-OA52.

18      Do you recognize these?

19 A    Yes, ma'am.

20 Q    What are they?

21 A    These are photos that were taken at the time of our

22 search at 847 Mitchell Bridge Road in Athens, the residence

23 of Mr. Laster.

24           MS. SPRITZER:  Your Honor, I'd move to admit -- oh,

25 one more question.

# Exhibit A-6

```
1                    UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF GEORGIA
2                          ATLANTA DIVISION

3
   UNITED STATES OF AMERICA,          )
4                                     )
            Plaintiff,                )         Case Number
5                                     )
                 v.                   )    1:16-cr-145-TWT-JKL
6                                     )
   ALONZO WALTON, KEVIN CLAYTON,      )
7  DONALD GLASS, PERRY GREEN, VANCITO )
   GUMBS, and ANTARIOUS CALDWELL,     )
8                                     )
            Defendants.               )
9  _____)

10

11

12           Transcript of the jury trial before the

13       Honorable Judge Thomas W. Thrash, Jr., Chief Judge

14               April 19, 2019; 9:42 a.m.

15                     Atlanta, Georgia

16

17

18

19

20  (Appearances on page two.)

21

       Proceedings recorded by mechanical stenography,
22  transcript produced by computer.

23  _____

             Diane Peede, RMR, CRR, CRC
24         Federal Official Court Reporter
          75 Ted Turner Drive, SW, Suite 2194
25          Atlanta, Georgia  30303-3309
```

```
 1   Appearances:

 2   For the Plaintiff:        KIM DAMMERS
                               RYAN BUCHANAN
 3                             ERIN SPRITZER
                               Assistant U.S. Attorneys
 4                             United States Courthouse
                               75 Ted Turner Drive, SW, Suite 600
 5                             Atlanta, Georgia  30303
     - and -
 6                             CONOR MULROE
                               Assistant U.S. Attorney
 7                             1301 New York Avenue, NW, Suite 700
                               Washington, D.C.  20002
 8

 9   For the Defendant
       Alonzo Walton:         JOHN LOVELL, ESQ.
10                             90F Glenda Trace, #427
                               Newnan, Georgia  30265
11
     For the Defendant
12     Kevin Clayton:         THOMAS C. WOOLDRIDGE, ESQ.
                               1230 Peachtree Street, NE, Suite 1900
13                             Atlanta, Georgia  30309

14   For the Defendant
       Donald Glass:          WILLIAM MORRISON, ESQ.
15                             50 Hurt Plaza, Suite 1110
                               Atlanta, Georgia  30303
16   - and -
                               ARTURO CORSO, ESQ.
17                             427 Green Street, NW
                               Gainesville, Georgia  30501
18
     For the Defendant
19     Perry Green:           AMANDA R. CLARK PALMER, ESQ.
                               3151 Maple Drive, NE
20                             Atlanta, Georgia  30305

21   For the Defendant
       Vancito Gumbs:         ROGER WILSON, ESQ.
22                             1100 Peachtree Street, NE, Suite 200
                               Atlanta, Georgia  30309
23
     For the Defendant
24     Antarious Caldwell:    DENNIS O'BRIEN, ESQ.
                               22 West Court Square, Suite C-3
25                             Newnan, Georgia  30263
```

Index of transcript

Page

Erin Brown
Direct by Ms. Spritzer. . . . . . . . . . . . . 5
Cross by Mr. Wooldridge . . . . . . . . . . . . 33
Cross by Mr. Lovell . . . . . . . . . . . . . . 38

Nebil Yimer
Direct by Mr. Mulroe. . . . . . . . . . . . . . 43
Cross by Ms. Clark Palmer . . . . . . . . . . . 52

Shavona Hernandez
Direct by Mr. Buchanan. . . . . . . . . . . . . 57
Cross by Ms. Clark Palmer . . . . . . . . . . . 69
Redirect by Mr. Buchanan. . . . . . . . . . . . 78
Recross by Ms. Clark Palmer . . . . . . . . . . 80

- - - - - - - -

1    Application, Georgia Count.

2    Q    And what is the application fee?

3    A    Six dollars.

4    Q    Is this the same document that you just read?

5    A    Yes.

6            MR. O'BRIEN:  What was that exhibit number, please,

7    ma'am?

8            MS. SPRITZER:  It is 377.

9            MR. O'BRIEN:  Thank you.

10   BY MS. SPRITZER:

11   Q    And what does that say at the top?

12   A    Lit class, April 17, 2012.

13   Q    Can you read that first name?

14   A    Dizzy or Lizzy.

15   Q    Thank you.

16       I'm going to hand you what has been previously marked as

17   Government's Exhibit 382-OA8.

18           THE COURTROOM DEPUTY:  Would you repeat the number,

19   please.

20           MS. SPRITZER:  Yes.  It is Government's Exhibit

21   382-OA8.

22           THE COURTROOM DEPUTY:  Thank you.

23   BY MS. SPRITZER:

24   Q    Do you recognize this?

25   A    Yes.

1    Q    What is it?

2    A    It's a notebook that was found inside the house at

3    1836 Evans Drive.

4    Q    Is it in substantially the same condition as when it was

5    found?

6    A    Yes.

7         MS. SPRITZER:  The United States moves to admit

8    Government's Exhibit 382-OA8.

9         THE COURT:  Admitted without objection.

10   BY MS. SPRITZER:

11   Q    Can you read just the first two lines of that?

12   A    One gram equals .03 ounce.  3.5 equals one-eighth ounce,

13   eight ball.

14   Q    In your training and experience, are you familiar with

15   what these terms typically refer to?

16   A    Yes.

17   Q    What is that?

18   A    Cocaine.

19   Q    What numbers are inside of that six-pointed star?

20   A    Seven and four.

21   Q    I don't know if you can, but could you try to read the

22   first sentence?

23   A    Organizational structure.  When it comes to

24   organizations, the individual is subordinate to the

25   organization.  The minority is subordinate to the majority.

1  Q    And the next sentence, please.

2  A    The entire membership is subordinate to the chairman and

3  the governing body.

4  Q    Thank you.

5       Could you read that first sentence of this page.

6  A    Dear Brother, you will woke -- work nature the six

7  point.

8  Q    Might it say, Take notice?

9  A    Oh, okay.

10      Take notice -- sorry -- to the six-point -- I can't read

11 that word.

12      Is it stone?

13 Q    Stance.

14 A    -- stance in connected to the six-point star.

15 Q    Thank you.

16      What does the top say here?

17 A    Creed.

18 Q    And could you please try to read what it says on this

19 page?

20 A    5:45 p.m.  Green/oak gray Ford, four -- four door,

21 tinted windows went around block three times.  Slowly pass

22 house each time, then back into block facing this way.

23 Nobody got out but kept sitting in car.  Two, maybe three

24 occupants.  Goddaughter noticed the same actions taken by

25 them the other day.  The same car.  Nobody got out.

1    Q    Thank you.

2         I'm going to hand you what's been previously marked as

3    Government's Exhibit 383-OA8.

4         Do you recognize this?

5    A    Yes.

6    Q    What is it?

7    A    It's a piece -- one of the paperwork -- some of the

8    paperwork that was found inside the house on Evans Drive.

9    Q    Was this found with the other paperwork in the house at

10   1836 Evans Drive?

11   A    Yes.

12        MS. SPRITZER:  Your Honor, the United States moves

13   to admit Government's Exhibit 382 -- oh, excuse me --

14   383-OA8.

15        THE COURT:  It's admitted without objection.

16   BY MS. SPRITZER:

17   Q    Is that big enough for you to read?

18   A    It's kind of blurry.  I'm sorry.

19        That's better, like that.

20   Q    Could you please read the first -- the To and From and

21   the first paragraph.

22   A    To:  L.T.G. members.

23        From:  A fellow B.O.S.

24        As stated in our lit --

25   Q    Okay.  And what is it regarding?

1  A     Updated C.O.S., code of silence.

2        As stated in our lit, because inadequate prevention

3  against organization exists, a new concept of this

4  engineering must be implemented for the future growth and

5  development of our organization.  This is true for each

6  structure in the streets.

7        Thus, as a means of ensuring we don't fall victim to the

8  police repression or agent provocateurs, a/k/a, snitches, we

9  ask that this C.O.S. be implemented amongst the most

10 upstanding element and concealed from these bitch N-words.

11 Q     Okay.  And it says, The dialogue should go something

12 like this.

13       Could you read the question part, and I'll read the

14 answer?

15 A     Okay.

16 Q     Go ahead.

17 A     Hey, man, you got some incense?

18 Q     Yeah.  I got a few.

19 A     Do they smell good?  Because I'm tired of these sticking

20 ass incense these N-words is selling out here.

21 Q     Shit top of the line.

22 A     I need 28 of them.

23 Q     Cool.  Give me a dollar.  You can get 'em.

24       And could you please read the four code words listed

25 here.

1  A    CDs equal soft.  DVDs equals hard.  Incense equals weed.

2  Oils equals X.

3  Q    And from your training and experience, do you know what

4  soft, hard, weed, and X refer to?

5  A    Narcotics.

6  Q    I'm going to hand you what has previously been marked as

7  Government's Exhibit 384-OA8.

8       Do you recognize this?

9  A    Yes.

10  Q    What is it?

11  A    It's what was in that paperwork that was found inside

12  the house on Evans Drive.

13  Q    And it was with the rest of that paperwork that we've

14  looked at?

15  A    Yes.

16       MS. SPRITZER:  Your Honor, the United States moves

17  to admit Government's Exhibit 384-OA8.

18       THE COURT:  It's admitted without objection.

19  BY MS. SPRITZER:

20  Q    And could you read what this flier is about?

21  A    The man with the vision, Mr. Larry Hoover, G-day,

22  Wednesday, November 30th.

23  Q    Thank you.

24       I'm going to head back to the other podium.

25       I'm going to hand you what has previously been marked as

# Exhibit A-7

| | |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF GEORGIA |
| 2 | ATLANTA DIVISION |

```
 3

UNITED STATES OF AMERICA,            )
 4                                       )
           Plaintiff,                )        Case Number
 5                                       )
                v.                   )     1:16-cr-145-TWT-JKL
 6                                       )
ALONZO WALTON, KEVIN CLAYTON,        )
 7  DONALD GLASS, PERRY GREEN, VANCITO )
GUMBS, and ANTARIOUS CALDWELL,       )
 8                                       )
           Defendants.               )
 9  _____)

10

11

12          Transcript of the jury trial before the

13      Honorable Judge Thomas W. Thrash, Jr., Chief Judge

14                  May 8, 2019; 9:33 a.m.

15                     Atlanta, Georgia

16

17

18

19

20  (Appearances on page two.)

21

          Proceedings recorded by mechanical stenography,
22  transcript produced by computer.
    _____

23

            Diane Peede, RMR, CRR, CRC
24            Federal Official Court Reporter
            75 Ted Turner Drive, SW, Suite 2194
25              Atlanta, Georgia  30303-3309
```

```
1    Appearances:

2    For the Plaintiff:      KIM DAMMERS
                             RYAN BUCHANAN
3                            ERIN SPRITZER
                             Assistant U.S. Attorneys
4                            United States Courthouse
                             75 Ted Turner Drive, SW, Suite 600
5                            Atlanta, Georgia  30303
     - and -
6                            CONOR MULROE
                             Assistant U.S. Attorney
7                            1301 New York Avenue, NW, Suite 700
                             Washington, D.C.  20002
8

9    For the Defendant
       Alonzo Walton:        JOHN LOVELL, ESQ.
10                           90F Glenda Trace, #427
                             Newnan, Georgia  30265
11
     For the Defendant
12     Kevin Clayton:        THOMAS C. WOOLDRIDGE, ESQ.
                             1230 Peachtree Street, NE, Suite 1900
13                           Atlanta, Georgia  30309

14   For the Defendant
       Donald Glass:         WILLIAM MORRISON, ESQ.
15                           50 Hurt Plaza, Suite 1110
                             Atlanta, Georgia  30303
16   - and -
                             ARTURO CORSO, ESQ.
17                           427 Green Street, NW
                             Gainesville, Georgia  30501
18
     For the Defendant
19     Perry Green:          AMANDA R. CLARK PALMER, ESQ.
                             3151 Maple Drive, NE
20                           Atlanta, Georgia  30305

21   For the Defendant
       Vancito Gumbs:        ROGER WILSON, ESQ.
22                           1100 Peachtree Street, NE, Suite 200
                             Atlanta, Georgia  30309
23
     For the Defendant
24     Antarious Caldwell:   DENNIS O'BRIEN, ESQ.
                             22 West Court Square, Suite C-3
25                           Newnan, Georgia  30263
```

1                    Index of transcript

2                                                    Page

3
                           Zachary Weitzel
4  Direct by Ms. Dammers . . . . . . . . . . . . . .  5
   Cross by Mr. O'Brien. . . . . . . . . . . . . . . 41
5  Cross by Mr. Morrison . . . . . . . . . . . . . . 46
   Redirect by Ms. Dammers . . . . . . . . . . . . . 53
6  Recross by Mr. O'Brien. . . . . . . . . . . . . . 55

7


8                          William Murdock
   Direct by Mr. Mulroe. . . . . . . . . . . . . . . 57
9  Voir dire by Mr. Lovell . . . . . . . . . . . . .176
   Direct (continued) by Mr. Mulroe. . . . . . . . .178
10 Cross by Mr. Corso. . . . . . . . . . . . . . . .180
   Cross by Mr. Lovell . . . . . . . . . . . . . . .204
11 Cross by Mr. Wooldridge . . . . . . . . . . . . .208
   Cross by Mr. Wilson . . . . . . . . . . . . . . .228
12 Cross by Ms. Clark Palmer . . . . . . . . . . . .233
   Redirect by Mr. Mulroe. . . . . . . . . . . . . .240

13

14

15

16

17                      - - - - - - - -

18

19

20

21

22

23

24

25

1  people posting things on Facebook or communicating on

2  Facebook.  So using all of that, we were able to obtain a

3  federal search warrant for his Facebook page.  And going

4  through the same procedure of providing that to Facebook

5  through their law enforcement portal and then receiving the

6  download link, we were able to download that data and put it

7  onto a hard medium and then utilize that to attempt to search

8  through it.

9  Q    All right.  I'm going to hand you an exhibit that's

10  marked for identification Government's 847.  Take a look at

11  this and tell us if you recognize it.

12  A    Yes, sir.

13       Yes, sir, I do.

14  Q    Are those the Facebook records for Kevin Clayton's

15  account that you obtained?

16  A    This is a portion of them, yes.

17  Q    Likewise, is this a portion that you deemed relevant

18  from a very large set of records that Facebook provided?

19  A    Yes.

20           MR. MULROE:  Move to admit Government's 847.

21           THE COURT:  It's admitted over objection.

22  BY MR. MULROE:

23  Q    All right.  Let's again walk through some of the

24  relevant portions of this Facebook excerpt that is in

25  evidence, Agent.  And let's start with the third page of that

1    that is labeled at the top right corner page 18232 of the

2    original records.

3    A    Yes, sir.

4    Q    What on this page got your attention?

5    A    The bottom of the page, that paragraph there.  Recipient

6    is east side GD, author Kevin Clayton.

7    Q    So Kevin Clayton is the sender of this message?

8    A    Yes, sir.

9    Q    And what is the message?

10   A    It says, Y'all repping G.D. fam on the east side.

11   That's cool.  But, G, I'm the Chief Enforcer of the state of

12   GA, Georgia, fam.  I ain't seen y'all at no functions.  G,

13   y'all need to get on count, family.  If you trying to get on

14   count, let me know, fam, because if not, Mr. Hoover is not

15   honoring nobody who repping G.D. and they name not official

16   in the books.  I'm on east side by hemp.

17   Q    And was there a response from the other person in the

18   conversation?

19   A    Yes.

20   Q    What is that response?

21   A    It says, 10-4, G.  And, yeah, I'm trying to get on

22   count.

23   Q    So let's go to the seventh page of the document, which

24   is page 86791 in the original numbering.  And what was it on

25   this page that caught your attention, Agent?

1   A      This appears to be a discussion about a shooting.

2   Q      What part of this page appears to be a shooting

3   discussion?

4   A      Well, at the very top, it says -- I mean, there's a

5   question.  It goes, Hell happened to Bro.

6          And then the next is from -- the author is Trubb, I

7   believe that's C.G.  And it says, Fuck nicca shot him.

8          And then the author is Kevin Clayton to the Trubb C.G.,

9   Where at?

10         And then back and forth, the author Trubb C.G. to Kevin

11  Clayton, In the hood.  The Weed Man, he 60 Crip from  St.

12  Lou.  They're our enemies.

13         The next one down, the author, again, Trubb C.G.,

14  sending to Kevin Clayton.  We trying to move everybody out

15  before we turn up.  You know Bear just had a baby.

16  Q      Based on your investigation and your experience, Agent,

17  how do you interpret that sentence, We trying to move

18  everybody out before we turn up?

19  A      Based on my experience, that's kind of clearing

20  everybody out of the area before potential retaliation.  Turn

21  up may mean a number of different things.  But I believe in

22  this context that it means potential retaliation.

23  Q      And then what about this message on the bottom of the

24  page?  Would you read that one to us?

25  A      Yes.  That message on the bottom, the author is the

1    Trubb C.G. to Kevin Clayton.  And it says, J did, and then a

2    period, But we all gone move together so we making sure

3    everyone has somewhere to lay low after.

4    Q    And in your experience and in the investigation, what

5    does it mean to "lay low"?

6    A    Hide out.

7    Q    All right.  Let's go forward a couple pages, Agent, to

8    the one that says 86794 on the top.  I think that's maybe

9    three or four pages forward.

10   A    Yes, sir.

11   Q    And looking at the top of the page, Agent, is this the

12   right page to start on, or do we need to go back a page or

13   two to capture what you were interested in?

14   A    One second.  Let me look back here.

15        I would go back a page, 86793.

16   Q    All right.  Which part of this page should we look at?

17   A    So close to the bottom.  It says, I'm the only one

18   questioned his affiliation on that post.  It wasn't

19   disrespecting.  I asked a question.  I know now it's not okay

20   to ask when lacking information.  No disrespect at all.  And

21   I'll refrain from commenting on your posts so there's no more

22   confusion.  My apologies.

23   Q    All right.  Then what's the next one that's --

24   A    And I deleted my comments.

25   Q    And so that person says -- who is the sender of that