# Exhibit E



Approved By
**Boothe, Scott #5331**

Disclaimer: This document contains neither recommendations nor conclusions of the Illinois State Police. It and its contents are not to be disseminated outside of your agency.



Warren,

I hope this note finds you and your family in good health. As for myself, I'm good. It's been a long time man, I was surprised to hear from you. I'm glad to hear that you are doing well and being a positive role model for your children, we (black community) needs that.

Anyway, as you know I'm still fighting, you know me, dare to struggle, dare to w.n, is my motto. At the moment I'm trying to locate the addresses of some of the staff who worked at Vienna so I can have a investigator talk to them and take a deposition that could be useful. So things are moving, they are just moving slowly. I will inform you of any progress, other than that there's not much more to say so I'm ending here. take care.

Sincerely,
Larry Hoover

P.S. Photo enclosed.

Approved By
Boothe, Scott #5331

Disclaimer: This document contains neither recommendations nor conclusions of the Illinois State Police. It and its contents are not to be disseminated outside of your agency.

HOMANN, NICK
ID 5861
Page 25 Of 54



Approved By
Boothe, Scott  #5331

Disclaimer: This document contains neither recommendations nor conclusions of the Illinois State Police. It and its contents are not to be disseminated outside of your agency.