# Exhibit F

RE-TYPE

DEAR MISTER HOOVER,

I WILL NOT EVEN WASTE YOUR TIME WITH "BULL-CRAP" PLATITUDES BY ASKING YOU "HOW ARE YOU DOING?" (IT'S FAIRLY OBVIOUS THAT NOONE AT THE ADX IS DOING GOOD)! I REALIZE THAT AFTER 15 YEARS OF INCARCERATION IT IS EASY TO BEGIN TO THINK—WHEN WILL IT EVER END? BUT BELIEVE US WHEN I TELL YOU THAT THERE ARE THOSE OF US (OUT HERE) THAT ARE GOING TO FIGHT FOR OUR RELEASE UNTIL THEY DIE, OR YOU DIE! THERE APPEARS TO BE (MOST BLATANTLY SO) WHEN A CONCERTED AND MALICIOUS EFFORT ON THE PART OF THAT INSTITUTIONS "(ADX) STAFF" TO DELIBERATELY AND IN-TENTIONALLY CIRCUMVENT/SUPPRESS ALL ATTEMPTS ~~EFFORTS~~ AT COMMUNICATION BETWEEN WELL-WISHERS (OUT HERE) AND YOURSELF! THESE INDIVIDUALS HAVE BEEN ATTEMPTING TO WRITE TO YOU (FOR ABOUT 4-MONTHS NOW) REGARDING THEIR EFFORTS TO OBTAIN THIS CRUCIAL "NEWLY DISCOVERED EVIDENCE" THAT IS ABSOLUTELY NEEDED TO GET YOU BACK INTO COURT! HOWEVER, THAT INSTITUTIONS "(ADX) STAFF" KEEPS "RETURNING THESE LETTERS TO SENDER" AND CLAIMING THAT THESE PERSONS ARE NOT ON YOUR "APPROVED" CORRESPONDENCE LIST! WHAT DOES THAT EVEN MEAN? (PLEASE PUT "ME" ON YOUR CORRES-PONDANCE LIST)... THE LAST TIME THAT I CHECKED, THIS IS AMERICA (NOT RUSSIA OR NORTH KOREA) AND ANYONE WHO IS INCARCERATED CAN RECIEVE CORRESPONDENCE FROM PERSONS (BY MAIL) AS LONG AS THAT PERSON IS NOT ON PROBATION/PAROLE, AND IS NOT DISCUSSING CRIMINAL ACTIVITIES! THIS LETTER FROM ME TO YOU MR. HOOVER IS ABOUT LAW (LEGAL-ISSUES), AND MY OBSERVATION OF SEVERAL INDIVIDUALS WHO ARE EXERCISING THEIR RIGHTS (OUT HERE) TO ASSIST YOUR LEGAL (LAW) EFFORTS! THIS LETTER HAS ABSOLUTELY NOTHING TO DO WITH GANG-ACTIVITY OR CRIMINALITY OF ANY KIND! PLEASE ADD "ME" TO YOUR CORRESPOND-LIST AND ADD MY PHONE # TO YOUR LIST SO THAT I CAN GIVE YOU AN UPDATE ON THESE LEGAL EFFORTS: (618) 250-8342... I AM NOT ON PRO-BATION, PAROLE, OR ANY LAW-ENFORCEMENT REGULATIONS WHAT-SO-EVER, AND THIS IS NOT ANY "3rd PARTY" CORRESPONDENCE OR COMMUNICATION! (IF THAT'S AN EXCUSE THAT THOSE PEOPLE MAY ATTEMPT TO USE IN ORDER TO SUPPRESS ANY EFFORT TO ASSIST YOU FROM THE OUTSIDE WORLD)! WE DON'T HAVE TO BE "LAWYERS" TO DISCUSS LEGAL-ISSUES WITH YOU, WE ARE JUST CONCERNED FAMILY & FRIENDS... I AM A SISTER OF THIS STRUGGLE WHO DARES TO STRUGGLE AND WHO DARES TO WIN, AND I REFUSE TO ALLOW THE POWERS THAT BE TO HOLD ME DOWN AND STICK A D____ IN MY A___! I WILL KEEP MOVING MINE TO REMIND THEM THAT (I ALSO) AM A REBELLIOUS N____! ☺ .....EVER SINCE THAT BROTHER TONY GOT OUT OF THERE IN NOVEMBER, HE HAS _____ SUPPORT TO GO DOWN TO JOHNSON COUNTY (VIENNA) TO LOCATE

RE-TYPE

WHAT'S UP BROTHER,

WHAT'S TO IT? IT IS ALL GOOD OUT HERE (SO FAR)! ☺. I AM WRITING TO YOU IN REGARDS TO THOSE "JURISDICTION" DOCUMENTS (OR LACK THEREOF) WHICH MAY OR MAY NOT BE IN POSSESSION OF GOVERNOR RAUNER; HAVE YOU HEARD ANYTHING FROM THAT, LB OR YET? HAS (KD) SAID ANYTHING ELSE TO YOU ABOUT IT? (I AM TRYING TO HAVE LIL-FRANK TO GET ME (ME & KD) A FACE-TO-FACE SO THAT HE AND I WILL BE ON THE SAME PAGE ABOUT HOW TO PROCEED FROM HERE)? AS YOU KNOW, I WILL NEVER GIVE UP, AND I DON'T PLAN ON TOLERATING MR. RAUNER'S STALL-TACTICS! SO, IF YOU HAVE ANY IDEAS ON EXA-CTLY HOW YOU THINK THAT I SHOULD PROCEED, PLEASE LET ME KNOW AS SOON AS POSSIBLE! OKAY? I AM HERE FOR YOU NOW (FINALLY) AND I'LL BE SURE TO SEND YOU SOME LOOT EVERY MONTH, OKAY? LIL-FRANK AND I WILL STAY JOINED AT THE HIP TO GET THOSE DOCUMENTS, AND I WILL CONTINUE TO STAY IN CLOSE TOUCH... "ACTIONS SPEAK LOUDER THAN WORDS." (A WISE MAN ONCE TOLD ME THAT)...

YOUR BROTHER